\*\*E-Filed 11/23/2010\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| TESSERA, INC., | ) | Case No. CV10-4435-JF |
| | ) | |
| Plaintiff, | ) | [PROPOSED] ORDER ON TESSERA, INC.'S |
| | ) | MOTION FOR ADMINISTRATIVE RELIEF |
| vs. | ) | TO CONTINUE CASE MANAGEMENT |
| | ) | CONFERENCE |
| UTAC (TAIWAN) CORPORATION, | ) | |
| | ) | Hon. Jeremy D. Fogel |
| Defendant. | ) | |

Tessera's motion for administrative relief is granted. The Case Management Conference currently scheduled for December 10, 2010 at 10:30 a.m. is rescheduled to December 17, 2010 at 10:30 a.m.

Dated: 11/23/2010

_____
The Honorable Jeremy D. Fogel
United States District Court Judge

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

ORDER ON TESSERA, INC.'S MOTION FOR
ADMINISTRATIVE RELIEF