MICHAEL F. HEAFEY (SBN: 153499)
BRIAN H. VANDERZANDEN (SBN: 233134)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Tel: (650) 614-7400
Fax: (650) 614-7401
mheafey@orrick.com
bvanderzanden@orrick.com

LAWRENCE B. FRIEDMAN (*pro hac vice*)
DAVID H. HERRINGTON (*pro hac vice*)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006-1470
Tel: (212) 225-2000
Fax: (212) 225-3999
lfriedman@cgsh.com
dherrington@cgsh.com

Attorneys for Defendant UTAC (Taiwan) Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| TESSERA, INC., | ) | Case No. CV 10-4435-EJD |
| | ) | |
| Plaintiff, | ) | **STIPULATED [PROPOSED] ORDER** |
| | ) | **EXTENDING TIME FOR THE** |
| v. | ) | **PARTIES TO FILE A JOINT CASE** |
| | ) | **MANAGEMENT STATEMENT** |
| UTAC (TAIWAN) CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

1   Having considered the papers related to the parties' Stipulation To Extend Time For The
2   Parties To File A Joint Case Management Statement, this Court finds good cause and hereby
3   GRANTS the parties' stipulation, resetting the date for the filing of a Joint Case Management
4   Statement from May 5, 2011, to May 9, 2011.

5   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6
7   Dated: ___May 6___, 2011                    _____
                                                 Honorable Edward J. Davila
8                                                UNITED STATES DISTRICT COURT JUDGE