Michael F. Heafey (SBN 153499)
mheafey@orrick.com
Brian H. VanderZanden (SBN 233134)
bvanderzanden@orrick.com
ORRICK HERRINGTON & SUTCLIFF. LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:   (650) 614-7400
Facsimile:    (650) 614-7401

Attorneys for Defendant
UTAC (Taiwan) Corporation

**IT IS SO ORDERED**
Judge Edward J. Davila
7/28/2011

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> UTAC (TAIWAN) CORPORATION, <br><br> Defendant. | Case No.:  10-cv-4435-EJD <br><br> **NOTICE OF WITHDRAWAL OF BRIAN H. VANDERZANDEN AS COUNSEL FOR DEFENDANT UTAC (TAIWAN) CORPORATION** |

1  The undersigned counsel hereby withdraws his appearance on behalf of Defendant, UTAC (Taiwan) Corporation ("UTAC"), in the above-captioned action. The remaining attorneys (counsel of record) have entered an appearance and will continue to represent UTAC in this action. There are no motions pending, no trial date has been set, no hearings or conferences have been scheduled, and no reports are due.

WHEREFORE, it is respectfully requested that the Court withdraw the appearance of the undersigned counsel, Brian H. VanderZanden, on behalf of UTAC in this action.

Dated: July 27, 2011

Michael F. Heafey
Brian H. VanderZanden
ORRICK HERRINGTON & SUCLIFFE, LLP

By:  */s/ Brian H. VanderZanden*
     Brian H. VanderZanden

Attorneys for Defendant
UTAC (TAIWAN) CORPORATION

# CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed **NOTICE OF WITHDRAWAL OF BRIAN H. VANDERZANDEN AS COUNSEL FOR DEFENDANT UTAC (TAIWAN) CORPORATION** with the clerk of court for the United States District Court, Northern District of California, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

Dated:  July 27, 2011                                                          */s/ Josette Romero*
                                                                                            Josette Romero

OHS WEST:261241638.1

- 1 -

CERTIFICATE OF SERVICE OF NOTICE OF WITHDRAWAL OF BRIAN H. VANDERZANDEN AS COUNSEL FOR DEFEDANT UTAC (TAIWAN) CORPORATION