1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UTAC (TAIWAN) CORPORATION, )<br>)<br>Defendant. )<br>)<br>) | Case No. CV 10-4435-EJD<br><br>**STIPULATED [PROPOSED] ORDER EXTENDING THE CASE SCHEDULE** |

STIPULATED [PROPOSED] ORDER
EXTENDING CASE SCHEDULE

Having considered the papers relating to the parties' Stipulation Requesting An Order To Extend The Case Schedule, including the Declaration of David H. Herrington, this Court finds good cause and hereby GRANTS the parties' stipulation, extending the schedule specified in the June 26, 2012 Case Management Order by three weeks, as set forth in the chart below:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
| --- | --- | --- |
| Further Case Management Conference | 10:00 a.m. on Jan. 25, 2013 | 10:00 a.m. on Feb. 15, 2013 |
| Further Case Management Conference Statement due | 10 days before Conference | 10 days before Conference |
| Initial Phase Fact Discovery Cutoff | January 31, 2013 | February 21, 2013 |
| Designation of Opening Experts with Reports | 56 days before Expert Discovery Cutoff | 56 days before Expert Discovery Cutoff |
| Designation of Rebuttal Experts with Reports | 28 days before Expert Discovery Cutoff | 28 days before Expert Discovery Cutoff |
| Initial Phase Expert Discovery Cutoff | March 22, 2013 | April 12, 2013 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | April 5, 2013 | April 26, 2013 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __1/3/2013__

_____
Honorable Edward J. Davila
UNITED STATES DISTRICT COURT JUDGE

STIPULATED [PROPOSED] ORDER EXTENDING CASE SCHEDULE