1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | Case No. CV 10-4435-EJD |
| Plaintiff, | **STIPULATED [PROPOSED] ORDER EXTENDING THE CASE SCHEDULE** |
| v. | |
| UTAC (TAIWAN) CORPORATION, | |
| Defendant. | |

Having considered the papers relating to the parties' Stipulation To Extend The Case Schedule, including the Declaration of Joseph M. Lipner, this Court finds good cause and hereby GRANTS the parties' stipulation, extending the schedule specified in the January 3, 2013 Order Granting Stipulation Extending Case Schedule (Doc. 97), as set forth in the chart below:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Further Case Management Conference | 10:00 a.m. on Feb. 15, 2013 | 10:00 a.m. on Feb. 22, 2013 |
| Further Case Management Conference Statement due | 10 days before Conference | 10 days before Conference |
| Initial Phase Fact Discovery Cutoff | February 21, 2013 | February 28, 2013 |
| Designation of Opening Experts with Reports | 56 days before Expert Discovery Cutoff | 56 days before Expert Discovery Cutoff |
| Designation of Rebuttal Experts with Reports | 28 days before Expert Discovery Cutoff | 28 days before Expert Discovery Cutoff |
| Initial Phase Expert Discovery Cutoff | April 12, 2013 | May 17, 2013 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | April 26, 2013 | May 31, 2013 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ___1/30/2013___

_____
Honorable Edward J. Davila
UNITED STATES DISTRICT COURT JUDGE

STIPULATED [PROPOSED] ORDER EXTENDING CASE SCHEDULE