UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> UTAC (TAIWAN) CORPORATION, <br><br> Defendant. | Case No. CV 10-4435-EJD <br><br> **STIPULATED [PROPOSED] ORDER EXTENDING THE CASE SCHEDULE** |

Having considered the papers relating to the parties' Stipulation Requesting An Order To Extend The Case Schedule, including the Declaration of David H. Herrington, this Court finds good cause and hereby GRANTS the parties' stipulation continuing the case management conference from February 22, 2013 to March 1, 2013 and modifying the chart below to reflect the parties' agreement concerning the schedule for expert discovery.

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Further Case Management Conference | 10:00 a.m. on Feb. 22, 2013 | 10:00 a.m. on Mar. 1, 2013 |
| Further Case Management Conference Statement due | February 12, 2013 | February 12, 2013 |
| Initial Phase Fact Discovery Cutoff | February 28, 2013 | February 28, 2013 |
| Plaintiff's Designation of Expert(s) with Report(s) | 56 days before Expert Discovery Cutoff (Mar. 22, 2013) | 56 days before Expert Discovery Cutoff (Mar. 22, 2013) |
| Defendant's Designation of Expert(s) with Report(s) | 28 days before Expert Discovery Cutoff (Apr. 19, 2013) | 28 days before Expert Discovery Cutoff (Apr. 19, 2013) |
| Initial Phase Expert Discovery Cutoff | May 17, 2013 | May 17, 2013 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 | See Civil Local Rule 37-3 |
| Deadline for Filing Dispositive Motions | May 31, 2013 | May 31, 2013 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __2/13/2013__

_____
Honorable Edward J. Davila
UNITED STATES DISTRICT COURT JUDGE

STIPULATED [PROPOSED] ORDER EXTENDING CASE SCHEDULE