IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA INC, | CASE NO. 5:10-CV-04435-EJD |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| UTAC CORP., | |
| Defendant. | |

Having reviewed the parties' Supplemental Case Management Statement (see Docket Item No. 104), the court finds that a Case Management Conference is unnecessary at this time. Accordingly, the conference scheduled for March 1, 2013 is VACATED.

**IT IS SO ORDERED.**

Dated: February 26, 2013

EDWARD J. DAVILA
United States District Judge