MICHAEL F. HEAFEY (SBN: 153499) (mheafey@orrick.com)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Tel: (650) 614-7400
Fax: (650) 614-7401

LAWRENCE B. FRIEDMAN (*pro hac vice*) (lfriedman@cgsh.com)
DAVID H. HERRINGTON (*pro hac vice*) (dherrington@cgsh.com)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006-1470
Tel: (212) 225-2000
Fax: (212) 225-3999

Attorneys for Defendant UTAC (Taiwan) Corporation

MORGAN CHU (SBN: 70446) (mchu@irell.com)
JOSEPH M. LIPNER (SBN: 155735) (jlipner@irell.com)
LAURA E. EVANS (SBN: 254547) (levans@irell.com)
JENNIFER R. BUNN (SBN: 281590) (jbunn@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Tel: (310) 277-1010
Fax: (310) 203-7199

Attorneys for Plaintiff Tessera, Inc.

*E-FILED: March 22, 2013*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UTAC (TAIWAN) CORPORATION,<br><br>　　　　　　　Defendant. | Case No. CV 10-4435-EJD (HRL)<br><br>**STIPULATION REQUESTING AN ORDER TO EXTEND THE DEADLINE TO FILE A DISCOVERY DISPUTE JOINT REPORT**<br><br>**Civil Local Rule 6-2** |

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Tessera, Inc. ("Tessera") and Defendant UTAC (Taiwan) Corporation ("UTC"), by and through their undersigned counsel as follows:

1. WHEREAS, the Court issued an Order on June 26, 2012 setting forth a schedule for this case (the "Original Schedule");

2. WHEREAS, on January 3, 2013, the Court granted the parties' stipulation to extend the dates in the Original Schedule by three weeks (Dkt. No. 97);

3. WHEREAS, on January 30, 2013, the Court granted the parties' stipulation to continue the case management conference and initial phase discovery cutoff to February 22, 2013 and February 28, 2013, respectively; and to extend the expert discovery cutoff and the deadline to file dispositive motions to May 17, 2013 and May 31, 2013, respectively (Dkt. No. 100);

4. WHEREAS, the Standing Order Re: Civil Discovery Disputes directs that in no event may a Joint Report be filed later than 7 days after the discovery cut-off date(s), as prescribed in Civil L.R. 37-3;

5. WHEREAS, 7 days after the fact discovery cut-off date of February 28, 2013 is March 7, 2013;

6. WHEREAS, the parties reached an agreement with respect to all of the documents on UTC's privilege log on March 7, 2013, but through inadvertence on UTC's part, of which UTC informed Tessera on March 8, 2013, an issue remains as to three of the documents, specifically those described in rows 24, 42, and 44 of the log;

7. WHEREAS, the parties were preparing to file a Joint Report by the March 7, 2013 deadline on UTC's assertion of the attorney-client privilege but have resolved the vast majority of issues amicably, including with respect to all but three of the documents on UTC's privilege log, specifically those described in rows 24, 42, and 44 of the log;

8. WHEREAS, the only questions remaining are (a) the issue of asserting privilege at Ken Hsieh's deposition based on Mr. Hsieh's status at UTC, (b) the privilege instruction given at Mr. Shan's deposition at pages 48-49 on the transcript, (c) the documents described in rows 24, 42,

and 44 of UTC's privilege log, and (d) certain issues relating to Tessera's supplemental privilege logs produced on March 6, 2013;

9. WHEREAS, the parties are hopeful that, by consulting with one another and their clients further they may eliminate or at least narrow these remaining disputes, and believe it would be more efficient to extend the deadline to file any Joint Report on this issue until March 25, 2013;

10. WHEREAS, Tessera agreed to produce certain documents to UTC, which documents are subject to confidentiality agreements Tessera has with third parties;

11. WHEREAS, Tessera's counsel informed UTC that several third parties had objected to the production of such documents and by email dated March 6, 2013 identified these third parties (fewer than 10);

12. WHEREAS, UTC intends to contact such third parties in order to meet and confer and resolve this issue, or, if necessary, seek relief from the Court pursuant to a Joint Report filed by UTC and such third party;

13. WHEREAS, the parties to this action believe that it would be more efficient and that these circumstances warrant extension of the deadline to file any Joint Report until March 25, 2013, in order to allow UTC time to seek discovery of these third-party documents;

14. WHEREAS, the parties to this Action agree that there would be no prejudice to the parties in extending the deadline to file a Joint Report;

15. WHEREAS, both parties concur in the filing of this document;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties appearing below through their undersigned respective attorneys of record, based on the foregoing, and subject to the approval of this Court, that:

The deadline to submit Joint Reports addressing the discovery disputes (identified in paragraphs 8 and 12 above) relating to fact discovery, which closed on February 28, 2013, shall be extended to March 25, 2013.

1 **ORDER**

2       PURSUANT TO STIPULATION, IT IS SO ORDERED.  The deadline to submit Joint

3 Reports addressing the discovery disputes (identified in paragraphs 8 and 12 above) relating to fact

4 discovery, which closed on February 28, 2013, shall be extended to March ~~25~~ 27, 2013.

5

6 Dated: March 22, 2013

                                    Howard R. Lloyd
                                    UNITED STATES MAGISTRATE JUDGE

SO STIPULATED.

Dated: March 13, 2013

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: /s/ David H. Herrington
LAWRENCE B. FRIEDMAN (*pro hac vice*)
DAVID H. HERRINGTON (*pro hac vice*)
One Liberty Plaza
New York, NY 10006-1470

MICHAEL F. HEAFEY
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015

*Attorneys for Defendant UTAC (Taiwan) Corporation*

IRELL & MANELLA LLP

By: /s/ Joseph M. Lipner
MORGAN CHU
JOSEPH M. LIPNER
LAURA E. EVANS
JENNIFER R. BUNN
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276

*Attorneys for Plaintiff Tessera, Inc.*

**CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I, David H. Herrington, attest that the above signatories for the Plaintiff have concurred and consented to the filing of this document.

DATED: March 13, 2013

/s/ David H. Herrington
David H. Herrington (*pro hac vice*)