MICHAEL F. HEAFEY (SBN: 153499) (mheafey@orrick.com)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1015
Tel: (650) 614-7400
Fax: (650) 614-7401

*E-FILED: April 9, 2013*

LAWRENCE B. FRIEDMAN (*pro hac vice*) (lfriedman@cgsh.com)
DAVID H. HERRINGTON (*pro hac vice*) (dherrington@cgsh.com)
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006-1470
Tel: (212) 225-2000
Fax: (212) 225-3999

Attorneys for Defendant UTAC (Taiwan) Corporation

MORGAN CHU (SBN: 70446) (mchu@irell.com)
JOSEPH M. LIPNER (SBN: 155735) (jlipner@irell.com)
LAURA E. EVANS (SBN: 254547) (levans@irell.com)
JENNIFER R. BUNN (SBN: 281590) (jbunn@irell.com)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Tel: (310) 277-1010
Fax: (310) 203-7199

Attorneys for Plaintiff Tessera, Inc.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

TESSERA, INC.,

Plaintiff,

v.

UTAC (TAIWAN) CORPORATION,

Defendant.

Case No. CV 10-4435-EJD (HRL)

**STIPULATION REQUESTING AN ORDER TO EXTEND THE DEADLINE TO FILE A DISCOVERY DISPUTE JOINT REPORT**

**Civil Local Rule 6-2**

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff Tessera, Inc. ("Tessera") and Defendant UTAC (Taiwan) Corporation ("UTC"), by and through their undersigned counsel as follows:

1. WHEREAS, the Court issued an Order on June 26, 2012 setting forth a schedule for this case (the "Original Schedule");

2. WHEREAS, on January 3, 2013, the Court granted the parties' stipulation to extend the dates in the Original Schedule by three weeks (Dkt. No. 97);

3. WHEREAS, on January 30, 2013, the Court granted the parties' stipulation to continue the case management conference and initial phase discovery cutoff to February 22, 2013 and February 28, 2013, respectively; and to extend the expert discovery cutoff and the deadline to file dispositive motions to May 17, 2013 and May 31, 2013, respectively (Dkt. No. 100);

4. WHEREAS, on March 22, 2013, the Court granted the parties' stipulation to continue the deadline to file a Discovery Dispute Joint Report from March 7 until March 27, 2013 (Dkt. No. 112);

5. WHEREAS, the parties have resolved all discovery issues apart from (a) the issue of asserting privilege at Ken Hsieh's deposition based on Mr. Hsieh's status at UTC, which will be the subject of a Discovery Dispute Joint Report to be filed on March 27, 2013; and (b) objections lodged by several third parties to Tessera's production of certain license agreements to UTC, apparently based on confidentiality considerations;

6. WHEREAS, with respect to the latter issue, UTC is reaching out to the third parties in an effort to resolve their objections. In addition, UTC is seeking the correspondence between Tessera and the third parties so that it can determine whether the third parties' objections were timely and otherwise in accordance with the protective order (Dkt. No. 72) entered in this action;

7. WHEREAS, the parties have agreed to a further extension of the deadline to file any Joint Report on this subject until April 12, 2013 to give UTC an opportunity to seek to resolve the objections of the third parties without burdening the Court;

8. WHEREAS, the parties to this Action agree that there would be no prejudice to the parties in extending the deadline to file a Joint Report;

9. WHEREAS, both parties concur in the filing of this document;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties appearing below through their undersigned respective attorneys of record, based on the foregoing, and subject to the approval of this Court, that:

The deadline to submit Joint Reports addressing the third-party discovery issue identified in paragraph 5(b) above relating to fact discovery, which closed on February 28, 2013, shall be extended to April 12, 2013.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The deadline to submit Joint Reports addressing the third-party discovery issue identified in paragraph 5(b) above relating to fact discovery, which closed on February 28, 2013, shall be extended to April ~~12~~ 16, 2013.

Dated: April 9, 2013

Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE