UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| TESSERA, INC., | ) | Case No.: 5:10-CV-04435-EJD |
| | ) | |
| Plaintiff, | ) | **ORDER DIRECTING CLERK TO** |
| | ) | **REMOVE INCORRECTLY FILED** |
| v. | ) | **DOCUMENT** |
| | ) | |
| UTAC (TAIWAN) CORPORATION, | ) | |
| | ) | |
| | ) | **[Re: Docket No. 181]** |
| Defendant. | ) | |
| | ) | |
| | ) | |

Due to a filing error, the court instructs the Clerk of the Court to remove the order entered as Docket Item No. 181.

A redacted version of the order will be filed and made available on the docket for public view.  An unredacted version will also be filed under seal.

**IT IS SO ORDERED**

Dated: April 2, 2014

_____

EDWARD J. DAVILA
United States District Judge

Case No.: 5:10-CV-04435-EJD
ORDER DIRECTING CLERK TO REMOVE INCORRECTLY FILED DOCUMENT