IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Joseph M. Lipner (155735) (jlipner@irell.com)
Ryan A. Ward (278699) (rward@irell.com)
Jennifer R. Bunn (281590) (jbunn@irell.com)
Dominik Slusarczyk (287084) (dslusarczyk@irell.com)
Kevin Kiley (288494) (kkiley@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

*Attorneys for Plaintiff Tessera, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | Case No. 10-CV-04435-EJD |
| Plaintiff, | NOTICE OF APPEARANCE OF KEVIN KILEY |
| v. | |
| UTAC (TAIWAN) CORPORATION, | |
| Defendant. | |

1
2        Pursuant to Local Rule 5-1(c)(2)(A), notice is hereby given of the appearance of Mr. Kevin
3 Kiley as counsel for Plaintiff Tessera, Inc., in addition to those who have previously appeared as
4 counsel, in the above-captioned matter.  Mr. Kiley's contact information is below:

>    Kevin Kiley (SBN 288494)
>    Irell & Manella LLP
>    1800 Avenue of the Stars, Suite 900
>    Los Angeles, California 90067-4276
>    Telephone:  (310) 277-1010
>    Facsimile:   (310) 203-7199
>    Email:  kkiley@irell.com

10       Please serve copies of all notices and documents issued by the Court and filed by the
11 parties upon Mr. Kiley.

13 Dated: July 30, 2014            IRELL & MANELLA LLP

14                                    By:_____*/s/ Kevin Kiley*_____
                                              Kevin Kiley

                               Attorney for Plaintiff Tessera, Inc.

NOTICE OF APPEARANCE OF KEVIN KILEY
CASE NO. 10-CV-04435-EJD
3078675

- 1 -