UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC.,<br>        Plaintiff,<br>    v.<br>UTAC (TAIWAN) CORPORATION,<br>        Defendant. | Case No.  5:10-cv-04435 EJD<br><br>**ORDER CONTINUING INTERIM CASE MANAGEMENT CONFERENCE** |

The Interim Case Management Conference currently scheduled for November 14, 2014, is CONTINUED to **10:00 a.m. on November 21, 2014.**

**IT IS SO ORDERED.**

Dated:  November 12, 2014

_____
EDWARD J. DAVILA
United States District Judge