UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UTAC (Taiwan) CORPORATION, <br><br> Defendant. | Case No. 5:10-cv-04435-EJD (HRL) <br><br> [~~PROPOSED~~] ORDER REGARDING WITHDRAWAL OF KEVIN KILEY AS COUNSEL FOR PLAINTIFF TESSERA, INC. |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3254659

[PROPOSED] ORDER REGARDING WITHDRAWAL OF
KEVIN KILEY AS COUNSEL FOR PLAINTIFF
TESSERA, INC. (Case No. 5:10-cv-04435-EJD)

1  Having considered the request of Kevin Kiley to withdraw as counsel of record for
2  Tessera, Inc., in the above-captioned matter
3  IT IS HEREBY GRANTED.

5  Dated: _____2/18/2015_____         _____
6                                         Hon. Edward Davila
                                           Judge, United States District Court

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

3254659

- 2 -

[PROPOSED] ORDER REGARDING WITHDRAWAL OF
KEVIN KILEY AS COUNSEL FOR PLAINTIFF
TESSERA, INC. (Case No. 5:10-cv-04435-EJD)