MICHAEL F. HEAFEY (CSB 153499)
mheafey@kslaw.com
KING & SPALDING LLP
601 South California Avenue
Palo Alto, CA 94304
Telephone:   +1 650 422 6700
Facsimile:   +1 650 422 6800

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Lawrence B. Friedman (Pro Hac Vice)
David H. Herrington (Pro Hac Vice)
One Liberty Plaza
New York, New York 10006
Telephone:  (212) 225-2000
Facsimile:   (212) 225-3999

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> UTAC (TAIWAN) CORPORATION, <br><br> Defendant. | Case No. 5:10-cv-04435 EJD (HRL) <br><br> **UTAC (TAIWAN) CORPORATION'S REQUEST ALLOWING EQUIPMENT INTO COURTROOM AND (PROPOSED) ORDER** <br><br> Hon. Edward J. Davila <br><br> Date: February 19, 2015 <br> Time: 1:30 p.m. <br> Courtroom: 4 – 5th Floor |

Defendant UTAC (Taiwan) Corporation respectfully requests permission for an order allowing equipment to be brought into the courtroom of the Honorable Edward J. Davila for the Claim Construction Hearing in the above-entitled action, set for Thursday, February 19, 2015, at 1:30 p.m. Specifically, UTAC requests permission to bring into the courtroom a projection screen, a projector, a projector stand, a technology table, VGA switches, and laptops. UTAC is

cooperating with Plaintiff Tessera, Inc. in sharing equipment. Tessera will set up and tear down this equipment before and following the hearing and will ensure no damage to the courtroom and court house.

UPON GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that UTAC's request is granted. UTAC may bring electronic equipment, including a projection screen, a projector, a projector stand, a technology table, VGA switches, and laptops, with set up and tear down to occur on February 19, 2015.

Respectfully submitted

DATED: February 19, 2015

KING & SPALDING LLP

By: /s/Michael F. Heafey
Michael F. Heafey
KING & SPALDING LLP
601 South California Avenue
Palo Alto, CA 94304
mheafey@kslaw.com

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Lawrence B. Friedman (Pro Hac Vice)
David H. Herrington (Pro Hac Vice)
One Liberty Plaza
New York, New York 10006

Attorneys for Defendant and Cross-Complainant
UTAC (Taiwan) Corporation

IT IS SO ORDERED:

DATED: 2/19/2015

The Honorable Edward J. Davila
United States District Court

UTAC's Request Allowing Equipment Into Courtroom   Case No. 5:10-cv-04435