UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UTAC (TAIWAN) CORPORATION,<br><br>    Defendant. | Case No. 5:10-cv-04435-EJD<br><br>**ORDER RE: MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Re: Dkt. Nos. 239 |

Pursuant to Civil Local Rule 72-2, Defendant UTAC (Taiwan) Corporation shall file its written opposition to Plaintiff Tessera, Inc.'s Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge (Docket Item No. 239), if any, on or before March 6, 2015. Any opposition brief shall not exceed five pages in length. No reply brief shall be filed or considered. The Motion will then be deemed submitted for decision and the court will issue an order based on the pleadings.

**IT IS SO ORDERED.**

Dated: February 24, 2015

EDWARD J. DAVILA
United States District Judge