UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UTAC (TAIWAN) CORPORATION,<br><br>    Defendant. | Case No. 5:10-cv-04435-EJD<br><br>**ORDER RE: SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 328 |

A sua sponte judicial referral has been filed to consider whether case number 5:15-cv-02543 NC, Tessera, Inc. v. Toshiba Corporation, is related to the case captioned above. The court has carefully reviewed these actions and finds they are not related according to the requirements provided by Civil Local Rule 3-12. Accordingly, these two cases shall not be related and a reassignment of cases to the undersigned shall not occur.

**IT IS SO ORDERED.**

Dated: June 16, 2015

_____
EDWARD J. DAVILA
United States District Judge