UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UTAC (TAIWAN) CORPORATION,<br><br>    Defendant. | Case No. 5:10-cv-04435-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

In light of the Trial Setting Conference scheduled for November 19, 2015, the Case Management Conference scheduled for December 3, 2015, is VACATED.

**IT IS SO ORDERED.**

Dated: November 13, 2015

EDWARD J. DAVILA
United States District Judge