UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>UTAC (TAIWAN) CORPORATION,<br><br>    Defendant. | Case No. 5:10-cv-04435-EJD<br><br>**AMENDED PRETRIAL ORDER (JURY)** |

Based on the discussions held at the Further Trial Setting Conference held on November 19, 2015, IT IS HEREBY ORDERED that the following amended schedule shall apply to this case:

| EVENT | DATE |
|---|---|
| Deadline for Plaintiff to serve a Final Election of Asserted Claims<br>*(Identifying no more than a total of 16 of the claims previously identified that it contends would be infringed but-for the license)* | December 14, 2015 |
| Deadline for Defendant to serve a Final Election of Asserted Prior Art<br>*(Identifying no more than a total of 20 references)* | December 28, 2016 |
| Deadline for Defendant to file Final Motion for Summary Judgment | January 7, 2016 |
| Deadline for Plaintiff to file Opposition/Final Cross-Motion for Summary Judgment | January 21, 2016 |
| Deadline for Defendant to file Reply/Opposition to Final Cross-Motion for Summary Judgment | February 4, 2016 |
| Deadline for Plaintiff to file Reply to Final Cross-Motion for Summary Judgment | February 11, 2016 |
| Hearing on Final Motions for Summary Judgment | 9:00 a.m. on February 18, 2016 |
| Final Pretrial Conference | 11:00 a.m. on March 24, 2016 |

| | |
|---|---|
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | March 14, 2016 |
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | March 14, 2016 |
| Jury Selection | 9:00 a.m. on April 5, 2016 |
| Jury Trial[1] | April 5-6, 2016; April 12-13, 2016; April 15, 2016; April 19-20, 2016; April 22, 2016 |
| Jury Deliberations | April 25-26, 2016 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order for Civil Cases, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

The court advises the parties that this is the **final case schedule.** All parties are expected to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated: November 30, 2015



EDWARD J. DAVILA
United States District Judge

---

[1] Jury trials will are held in full day sessions on Tuesdays, Wednesdays and Fridays, unless the Court specifies otherwise. On the date set for jury selection, counsel should be prepared to commence trial proceedings immediately after a jury is identified. The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order for Civil Cases."

2
Case No.: 5:10-cv-04435-EJD
PRETRIAL ORDER (JURY)