IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Joseph M. Lipner (155735) (jlipner@irell.com)
Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Richard W. Krebs (278701) (rkrebs@irell.com)
Dominik Slusarczyk (287084) (dslusarczyk@irell.com)
Jackson S. Trugman (295145) (jtrugman@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:    (310) 277-1010
Facsimile:    (310) 203-7199

*Attorneys for Plaintiff Tessera, Inc.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> UTAC (TAIWAN) CORPORATION, <br><br> Defendant. | ) <br> ) Case No. 5:10-cv-04435-EJD <br> ) <br> ) **MOVING SEPARATE STATEMENT** <br> ) <br> ) **TESSERA'S SUMMARY JUDGMENT** <br> ) **MOTION** <br> ) <br> ) Date:  February 18, 2016 <br> ) Time:  9:00 a.m. <br> ) Courtroom:  4 – 5th Floor |

| Claim or Defense | Moving Party's Undisputed Facts/Supporting Evidence | Opposing Party's Response/Supporting Evidence |
|---|---|---|
| **I. The Court Should Grant Summary Judgment Under *Shell Oil* That Patent Validity Is Not A Defense To UTC Royalty Obligations That Accrued Before UTC Challenged The Validity Of The Patents** | Fact 1. ██████████ ██████████ ██████████ ██████████ ██████ | |
| | Fact 2.  The Agreement states that a "██████ ██████████ ██████████ ██████████ ████ | |
| | Fact 3.  UTC served invalidity contentions on September 29, 2014.<br><br>Ex. 2 at 22. | |
| | Fact 4. ██████ ██████████ ██████████ ██████████ ██████████ ██ | |
| | Fact 5. ██████ ██████████ ██████████ ██████████ ██ | |
| | Fact 6. ██████ ██████████ ██████████ | |

6480636

| | | |
|---|---|---|
| | [REDACTED] | |
| | Fact 7. UTC's answer to Tessera's First Amended Complaint does not plead an affirmative defense of patent invalidity.<br><br>D.I. 88. | |
| | Fact 8.  UTC's answer to Tessera's First Amended Complaint does not ask the Court for specific relief based on the alleged invalidity of any licensed Tessera patent.<br><br>D.I. 88. | |
| | Fact 9. [REDACTED] | |
| **II. The Court should grant Tessera summary judgment of no patent misuse.** | Fact 10.  The Agreement represents an arms-length transaction between two sophisticated parties.<br><br>D.I. 397 at 8:1. | |
| | Fact 11. [REDACTED] | |

6480636

- 2 -

| | | |
|---|---|---|
| | Fact 12. ███████████ ████████████ ████████ | |
| | Fact 13. ████████████ ████████████ ████████████ | |
| | Fact 14. ████████████ ████████████ ████████ ████████ | |
| | Fact 15.  UTC requested an amendment to the Agreement in 2002.<br><br>D.I. 181 at 4. | |
| | Fact 16.  UTC did not seek to change the basis on which royalties were owed in the Amendment.<br><br>D.I. 181 at 4. | |
| | Fact 17. ████████████ ████████████ ████████████ ████████████ ████ | |
| | Fact 18. ████████████ ████████████ ████ | |
| | Fact 19. ████████████ ████████████ ████ | |

I attest that the evidence cited herein fairly and accurately supports or disputes the facts as asserted.

Dated:  January 21, 2016

Respectfully submitted,

IRELL & MANELLA LLP

By:    /s/ Joseph M. Lipner
            Joseph M. Lipner

*Attorneys for Plaintiff Tessera, Inc.*

6480636

- 4 -