IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Joseph M. Lipner (155735) (jlipner@irell.com)
Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Richard W. Krebs (278701) (rkrebs@irell.com)
Dominik Slusarczyk (287084) (dslusarczyk@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:     (310) 277-1010
Facsimile:     (310) 203-7199

*Attorneys for Plaintiff Tessera, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| TESSERA, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UTAC (TAIWAN) CORP.,<br><br>　　　　Defendant. | Case No. 10-cv-04435-EJD (HRL)<br><br>**DECLARATION OF RICHARD W. KREBS IN SUPPORT OF TESSERA INC.'S OPPOSITION AND CROSS MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. Edward J. Davila<br><br>Date:　February 18, 2016<br>Time:　9:00a.m.<br>Courtroom:　4 – 5th Floor |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

6475742

DECLARATION OF RICHARD W. KREBS IN SUPPORT OF
TESSERA INC.'S OPPOSITION AND CROSS MOTION FOR
SUMMARY JUDGMENT
Case No. 10-4435-EJD

## **DECLARATION OF RICHARD W. KREBS**

I, Richard W. Krebs, declare as follows:

1.      I am an attorney at the law firm of Irell & Manella LLP, counsel of record for Tessera, Inc. ("Tessera") in the above-captioned matter.  I am a member in good standing of the State Bar of California and have been admitted to practice before this Court.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      I was personally involved in speaking and corresponding with counsel for UTC regarding Tessera's requests for documentation supporting UTC's assertion that "module packages" were already accounted for in UTC's summary sales spreadsheets.  I have also personally reviewed UTC's document production.  UTC did not provide such documentation.

3.      Attached hereto as Exhibit 1 is a true and correct copy of a document produced by Tessera, Bates numbered TUTW00052299.

4.      Attached hereto as Exhibit 2 is a true and correct excerpted copy of UTC's September 29, 2014 invalidity contentions.

5.      Attached hereto as Exhibit 3 is a true and correct copy of a document produced by UTC Bates numbered UTACTW-00000333.

6.      Attached hereto as Exhibit 4 is a true and correct copy of a document produced by UTC Bates numbered UTACTW-00055467.

7.      Attached hereto as Exhibit 5 is a true and correct copy of a document produced by UTC Bates numbered UTACTW-00055464.

8.      Attached hereto as Exhibit 6 is a true and correct excerpted copy of UTC's Responses to Tessera's First Set of Interrogatories.

9.      Attached hereto as Exhibit 7 is a true and correct copy of Tessera's Final Election of Asserted Claims.

10.      Attached hereto as Exhibit 8 is a true and correct copy of an Order on Motion for Summary Judgment/Adjudication, entered on December 14, 2009 in *Tessera, Inc. v. United Test & Assembly Center*, No. RG08410327 (Cal. Super. Ct.).

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

6475742

- 1 -

DECLARATION OF RICHARD W. KREBS IN SUPPORT OF
TESSERA INC.'S OPPOSITION AND CROSS MOTION FOR
SUMMARY JUDGMENT
Case No. 10-4435-EJD

11.     Attached hereto as Exhibit 9 is a true and correct copy of an excerpted transcript of the January 31, 2013 deposition of Wei-Heng Shan.

12.     Attached hereto as Exhibit 10 is a true and correct copy of an excerpted transcript of June 26, 2015 deposition of David Brian Kacedon.

13.     Attached hereto as Exhibit 11 is a true and correct copy of a document produced by Tessera Bates numbered TUTW00044867.

14.     Attached hereto as Exhibit 12 is a true and correct excerpted copy of the December 7, 2007 Complaint entered in ITC Investigation No. 337-TA-630.

15.     Attached hereto as Exhibit 13 is a true and correct copy of an excerpted transcript of the April 27, 2015 deposition of Ken Keng.

16.     Attached hereto as Exhibit 14 is a true and correct excerpted copy of the Initial Determination on Violation of Section 337 and Recommended Determination on Remedy and Bond, entered on August 28, 2009 in ITC Investigation No. 337-TA-630.

17.     Attached hereto as Exhibit 15 is a true and correct excerpted copy of the Initial Determination, entered on September 25, 2001 in ITC Investigation No. 337-TA-432.

18.     Attached hereto as Exhibit 16 is a true and correct copy of an email chain including an October 27, 2015 email from Mark Chen, counsel for UTC, to Dominik Slusarczyk, counsel for Tessera.

19.     Attached hereto as Exhibit 17 is a true and correct copy of an email chain including a December 14, 2015 email from Mark Chen, counsel for UTC, to Dominik Slusarczyk, counsel for Tessera.

20.     Attached hereto as Exhibit 18 is a true and correct copy of an email chain including a December 3, 2015 email from Mark Chen, counsel for UTC, to Mark Dirocco, of SAGE Analytical Lab, LLC.

21.     Attached hereto as Exhibit 19 is a true and correct copy of a work summary by SAGE Analytical Lab, LLC, dated November 19, 2015.

22.     Attached hereto as Exhibit 20 is a true and correct copy of a work summary by SAGE Analytical Lab, LLC, dated November 17, 2015

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

6475742

DECLARATION OF RICHARD W. KREBS IN SUPPORT OF
TESSERA INC.'S OPPOSITION AND CROSS MOTION FOR
SUMMARY JUDGMENT
Case No. 10-4435-EJD

- 2 -

23.    Attached hereto as Exhibit 21 is a true and correct copy of an excerpted transcript of the February 19, 2015 Markman hearing in this case.

24.    Attached hereto as Exhibit 22 is a true and correct copy of an excerpted transcript of the April 28, 2015 deposition of Ken Keng.

25.    Attached hereto as Exhibit 23 is a true and correct copy of a document produced by UTC Bates numbered UTACTW-00062559.

26.    Attached hereto as Exhibit 24 is a true and correct copy of a document produced by UTC Bates numbered UTACTW-00062127.

27.    Attached hereto as Exhibit 25 is a true and correct copy of Exhibit 4 to the deposition of Ken Keng.

28.    Attached hereto as Exhibit 26 is a true and correct copy of Exhibit 23 to the deposition of Dr. John C. Bravman.

29.    Attached hereto as Exhibit 27 is a true and correct copy of a May 18, 2015 email from Richard Krebs, counsel for Tessera, to Sri Kuehnlenz, counsel for UTAC Taiwan.

30.    Attached hereto as Exhibit 28 is a true and correct copy of a document produced by UTC Bates numbered UTACTW-00064631.

31.    Attached hereto as Exhibit 29 is a true and correct copy of a document produced by UTC Bates numbered UTACTW-00064638.

32.    Attached hereto as Exhibit 30 is a true and correct copy of an excerpted transcript of the July 15, 2015 deposition of James Malackowski.

33.    Attached hereto as Exhibit 31 is a true and correct copy of an excerpted copy of the Rebuttal Expert Report of James E. Malackowski, dated June 15, 2015.

34.    Attached hereto as Exhibit 32 is a true and correct copy of a document produced by UTC Bates numbered UTACTW-00011556.

35.    Attached hereto as Exhibit 33 is a true and correct copy of an excerpted transcript of the April 29, 2015 deposition of Julia Hsu.

36.    Attached hereto as Exhibit 34 is a true and correct copy of an excerpted transcript of the April 1, 2015 deposition of Brian Marcucci.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

6475742

- 3 -

DECLARATION OF RICHARD W. KREBS IN SUPPORT OF
TESSERA INC.'S OPPOSITION AND CROSS MOTION FOR
SUMMARY JUDGMENT
Case No. 10-4435-EJD

37.    Attached hereto as Exhibit 35 is a true and correct copy of an excerpted transcript of the July 17, 2015 deposition of Ben Sheppard.

38.    Attached hereto as Exhibit 36 is a true and correct copy of an excerpted transcript of the April 30, 2015 deposition of Julia Hsu.

39.    Attached hereto as Exhibit 37 is a true and correct copy of an excerpted transcript of the April 3, 2015 deposition of Paul Wesela.

40.    Attached hereto as Exhibit 38 is a true and correct copy of an article titled "Advancement in Soldering Technology Main Issues and Its Perspectives – Part III," by Shahera S. Patel from the *International Journal on Recent and Innovation Trends in Computing and Communication*, Volume 2 Issue 11.

41.    Attached hereto as Exhibit 39 is a true and correct copy of the printouts of the results from a search of the USPTO Patent Full-Text And Image Database.

42.    Attached hereto as Exhibit 40 is a true and correct copy of a document produced by Tessera Bates numbered TUTW00060326.

43.    Attached hereto as Exhibit 41 is a true and correct copy of a document produced by Tessera Bates numbered TUTW00060328.

44.    Attached hereto as Exhibit 42 is a true and correct copy of a document produced by Tessera Bates numbered TUTW00060330.

45.    Attached hereto as Exhibit 43 is a true and correct copy of a document produced by UTC Bates numbered UTACTW-00054747.

46.    Attached hereto as Exhibit 44 is a true and correct copy of a document produced by UTC Bates numbered UTACTW-00054736.

47.    Attached hereto as Exhibit 45 is a true and correct copy of a document produced by UTC Bates numbered UTACTW-00055160.

48.    Attached hereto as Exhibit 46 is a true and correct copy of a document produced by UTC Bates numbered UTACTW-00055177.

49.    Attached hereto as Exhibit 47 is a true and correct copy of a document produced by UTC Bates numbered UTACTW-00055226.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

6475742

- 4 -

DECLARATION OF RICHARD W. KREBS IN SUPPORT OF
TESSERA INC.'S OPPOSITION AND CROSS MOTION FOR
SUMMARY JUDGMENT
Case No. 10-4435-EJD

50. Attached hereto as Exhibit 48 is a true and correct copy of a document produced by UTC Bates numbered UTACTW-00055251.

51. Attached hereto as Exhibit 49 is a true and correct copy of a document produced by UTC Bates numbered UTACTW-00055272.

52. Attached hereto as Exhibit 50 is a true and correct copy of a document produced by UTC Bates numbered UTACTW-00063597.

53. Attached hereto as Exhibit 51 is a true and correct copy of a document produced by UTC Bates numbered UTACTW-00054757.

54. Attached hereto as Exhibit 52 is a true and correct copy of a document produced by UTC Bates numbered UTACTW-00054767.

55. Attached hereto as Exhibit 53 is a true and correct excerpted copy of Tessera's July 8, 2014 Disclosure of Asserted Claims and Preliminary Contentions.

56. Attached hereto as Exhibit 54 is a true and correct copy of a document produced by Tessera Bates numbered TUTW00000143.

57. Attached hereto as Exhibit 55 is a true and correct copy of an excerpted transcript of the January 15, 2013 deposition of Christopher M. Pickett.

58. Attached hereto as Exhibit 56 is a true and correct copy of a document produced by Tessera Bates numbered TUTW00000532.

59. Attached hereto as Exhibit 57 is a true and correct excerpted copy of the December 15, 2014 Declaration of Craig S. Mitchell in Opposition to UTAC (Taiwan) Corporation's Motion for Partial Summary Judgment.

60. Attached hereto as Exhibit 58 is a true and correct copy of a document produced by Tessera Bates numbered TUTW00046939.

61. Attached hereto as Exhibit 59 is a true and correct excerpted copy of the December 12, 2014 Declaration of Brian J. Marcucci in Opposition to UTAC (Taiwan) Corporation's Motion for Partial Summary Judgment.

//

//

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

6475742

- 5 -

DECLARATION OF RICHARD W. KREBS IN SUPPORT OF
TESSERA INC.'S OPPOSITION AND CROSS MOTION FOR
SUMMARY JUDGMENT
Case No. 10-4435-EJD

Executed on January 21, 2016, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

*/s/ Richard W. Krebs*

Richard W. Krebs

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

6475742

- 6 -

DECLARATION OF RICHARD W. KREBS IN SUPPORT OF
TESSERA INC.'S OPPOSITION AND CROSS MOTION FOR
SUMMARY JUDGMENT
Case No. 10-4435-EJD