# Exhibit 2

# To The Declaration of Richard W. Krebs

KING & SPALDING LLP
Michael F. Heafey (153499) (mheafey@kslaw.com)
601 South California Avenue
Palo Alto, CA 94304
Telephone: (650) 422-6719
Facsimile: (650) 422-6800

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Lawrence B. Friedman (pro hac vice) (lfriedman@cgsh.com)
David H. Herrington (pro hac vice) (dherrington@cgsh.com)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Attorneys for Defendant UTAC (Taiwan) Corporation

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | Case No. 5:10-cv-04435-EJD |
| Plaintiff, | |
| v. | **DEFENDANT UTAC (TAIWAN) CORPORATION'S INVALIDITY CONTENTIONS** |
| UTAC (TAIWAN) CORPORATION, | |
| Defendant. | |

**B.    The '587 Patent**

U.S. Patent 4,989,069, issued January 29, 1991.  See Exhibit B-1.

U.S. Patent 5,519,251, issued May 21, 1996. See Exhibit B-2.

U.S. Patent 5,677,566, issued October 14, 1997.  See Exhibit B-3.

U.S. Patent 5,679,977, issued October 21, 1997.  See Exhibit B-4.

U.S. Patent 5,950,304, issued September 14, 1999.  See Exhibit B-4.

U.S. Patent 6,133,627, issued October 17, 2000.  See Exhibit B-4.

Patent Cooperation Treaty International Application WO 92/05582, dated April 2, 1992.  See Exhibit B-4.

**C.    The '611 Patent**

U.S. Patent 4,163,456, issued March 13, 1979.  See Exhibit C-1.

U.S. Patent 4,585,157, issued April 29, 1986.  See Exhibit C-2.

U.S. Patent 4,749,120, issued June 7, 1988.  See Exhibit C-3.

U.S. Patent 5,071,787, issued December 10, 1991.  See Exhibit C-4.

U.S. Patent 5,679,977, issued October 21, 1997.  See Exhibit C-5.

U.S. Patent 5,950,304, issued September 14, 1999.  See Exhibit C-5.

U.S. Patent 6,133,627, issued October 17, 2000.  See Exhibit C-5.

Patent Cooperation Treaty International Application WO 92/05582, dated April 2, 1992.  See Exhibit C-5.

**D.    The '952 Patent**

U.S. Patent 5,068,712, issued November 26, 1991.  See Exhibit D-1.

U.S. Patent 5,233,220, issued August 3, 1993.  See Exhibit D-2.

U.S. Patent 5,406,028, issued April 11, 1995.   See Exhibit D-3.

DEFENDANT UTAC (TAIWAN)
CORPORATION'S INVALIDITY
CONTENTIONS

Dated:  September 29, 2014

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:    _____

LAWRENCE B. FRIEDMAN (*pro hac vice*)
DAVID H. HERRINGTON (*pro hac vice*)
One Liberty Plaza
New York, NY 10006

MICHAEL F. HEAFEY
KING & SPALDING LLP
601 SOUTH CALIFORNIA AVENUE
PALO ALTO, CA 94304

*Attorneys for Defendant UTAC (Taiwan) Corporation*

DEFENDANT UTAC (TAIWAN)
CORPORATION'S INVALIDITY
CONTENTIONS