# Exhibit 7

# To The Declaration of Richard W. Krebs

IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Joseph M. Lipner (155735) (jlipner@irell.com)
Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Richard W. Krebs (278701) (rkrebs@irell.com)
Dominik Slusarczyk (287084) (dslusarczyk@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:     (310) 277-1010
Facsimile:     (310) 203-7199

*Attorneys for Plaintiff Tessera, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | Case No. 5:10-cv-04435-EJD |
| Plaintiff, | **PLAINTIFF TESSERA, INC.'S FINAL ELECTION OF ASSERTED CLAIMS** |
| v. | |
| UTAC (TAIWAN) CORP., | |
| Defendant. | |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

5569594

TESSERA'S FINAL ELECTION OF ASSERTED CLAIMS
Case No. 5:10-cv-04435-EJD (HRL)

Pursuant to the Court's Amended Pretrial Order of November 30, 2015 (Dkt. 385), plaintiff Tessera, Inc. submits this final election of asserted claims that describe the products of defendant UTAC (Taiwan) Corporation ("UTC") at issue in this lawsuit:

1.      US Patent No. 6,870,272 claims 1, 3, 6, 19

2.      US Patent No. 5,966,587 claim 1

3.      US Patent No. 5,477,611 claim 1

4.      US Patent No. 5,659,952 claim 34

5.      US Patent No. 6,521,480 claims 1, 9 and 11

6.      US Patent No. 6,169,328 claims 1 and 6

7.      EP Patent No. 0 551 382 claim 1

8.      EP Patent No. 1 353 374 claims 1 and 5

9.      JP Patent No. 2924923 claim 1

Tessera has limited the asserted claims in accordance with the Court's orders.  UTC's products are covered by many more of Tessera's patents and claims.  Tessera expressly reserves all of its rights as to the other patents and claims that describe UTC's products.

Dated:  December 14, 2015

IRELL & MANELLA LLP

By: ___/s/ Joseph M. Lipner___
        Joseph M. Lipner
Morgan Chu
Joseph M. Lipner
Benjamin W. Hattenbach
Richard W. Krebs
Dominik Slusarczyk

1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276

*Attorneys for Plaintiff Tessera, Inc.*

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

5569594

- 1 -

TESSERA'S FINAL ELECTION OF ASSERTED CLAIMS
Case No. 5:10-cv-04435-EJD (HRL)

## **PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 1800 Avenue of the Stars, Los Angeles, CA  90067

On December 14, 2015, I served the foregoing document described as **PLAINTIFF TESSERA, INC.'S FINAL ELECTION OF ASSERTED CLAIMS** on each interested party, as follows:

| | |
|---|---|
| Michael F. Heafey, Esq. | David H. Herrington |
| King & Spalding LLP | Cleary Gottlieb Steen & Hamilton |
| 601 South California Avenue | One Liberty Plaza |
| Palo Alto, California 94304 | New York, NY 10006 |
| | |
| Email:  mheafey@kslaw.com | Email: dherrington@cgsh.com |

[X]    (BY ELECTRONIC MAIL)  I caused the foregoing document to be served electronically by electronically mailing a true and correct copy through Irell & Manella LLP's electronic mail system to the e-mail addresses, as set forth above, and the transmission was reported as complete and no error was reported.

Executed on December 14, 2015 at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Richard W. Krebs
(Type or print name)                                                    (Signature)

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional  Corporations

5569594                                            - 2 -                    TESSERA'S FINAL ELECTION OF ASSERTED CLAIMS
                                                                                           Case No. 5:10-cv-04435-EJD (HRL)