# Exhibit 12

# To The Declaration of Richard W. Krebs

UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, D.C. 20436

In the Matter of

CERTAIN SEMICONDUCTOR CHIPS WITH
MINIMIZED CHIP PACKAGE SIZE AND
PRODUCTS CONTAINING SAME (III)

Investigation
No. 337-TA-_____

**COMPLAINT UNDER SECTION 337
OF THE TARIFF ACT OF 1930, AS AMENDED**

COMPLAINANT:

TESSERA, INC.
3099 Orchard Drive
San Jose, California 95134
Telephone: (408) 894-0700

COUNSEL FOR COMPLAINANT:

Mark N. Reiter
Steven M. Geiszler
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900

Wayne M. Barsky
Joshua Jessen
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East, Suite 4000
Los Angeles, California 90067
Telephone: (310) 557-8183
Facsimile: (310) 552-7010

H. Mark Lyon
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 849-5300
Facsimile: (650) 849-5333

RESPONDENTS:

A-DATA TECHNOLOGY CO., LTD.
18F, No. 258, Lian Cheng Rd.
Chung Ho City
Taipei, Taiwan 235
Telephone: +886-2-8228-0886

A-DATA TECHNOLOGY (U.S.A.) CO., LTD.
3149 Skyway Court
Fremont, California 94539
Telephone: (510) 226-7899

ACER INC.
8F, 88, Sec. 1, Hsin Tai Wu Rd., Hsichih
Taipei, Hsien 221, Taiwan, R.O.C.
Telephone: +886-2-2696-1234

ACER AMERICA CORP.
333 W. San Carlos St., Suite 1500
San Jose, California 95110
Telephone: (408) 533-7700

CENTON ELECTRONICS, INC.
15 Argonaut
Aliso Viejo, CA 92656
Telephone: (949) 855-9111

TPTI-II00028914

such packaged DRAM chips are mounted, and computer systems incorporating such DRAM chips and/or DRAM modules.

9. The semiconductor fabrication, semiconductor packaging, and memory module industries are complex, and in many cases structured in ways that make it difficult to determine which entities in the supply chain are responsible for particular components or manufacturing steps. The industries involve myriad entities, and DRAM semiconductor chips (or the products containing such chips) are not always clearly labeled in a manner that allows easy determination of which entity packaged the semiconductor chips into chip assemblies. Therefore, it is not possible, without further discovery, for Tessera to ascertain the identities of all entities involved with packaging the semiconductor packaged chips that are at issue, or may become at issue, in this Investigation. Furthermore, Tessera's intellectual property applies to many different types of package configurations. In the 1990s, for example, certain companies executed limited license agreements with Tessera (the "Limited Tape Licenses"), relating generally to certain tape-substrate or "tape based" products. To the extent that any Accused Product is found to be properly licensed (through the Limited Tape Licenses or otherwise) under Tessera's patents, Tessera does not intend to bring—nor should Tessera be construed to have brought—any such Accused Product(s) within the scope of the present Investigation.

10. The Accused Products infringe at least claims 1-4, 9, 10, 33-35 of the '106 patent; claim 4 of the '681 patent; claims 17 and 18 of the '977 patent; and claims 1-6, 9-13, 15, and 16 of the '627 patent. Given the nature of the claims of at least the '106 and '681 patents and the technology at issue, discovery will be needed to determine whether other claims of those patents are also infringed by Respondents. Additionally, given the nature of the claims of the Asserted

4

TPTI-II00028941

Dated:  December 7, 2007

Respectfully submitted,

Mark N. Reiter
Steven M. Geiszler
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, Suite 1100
Dallas, Texas  75201
Telephone:  (214) 698-3100
Facsimile:  (214) 571-2900

Wayne M. Barsky
Joshua Jessen
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East, Suite 4000
Los Angeles, California  90067
Telephone:  (310) 557-8183
Facsimile:  (310) 552-7010

H. Mark Lyon
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California  94304
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5333

Amanda Tessar
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4200
Denver, Colorado  80202
Telephone:  (303) 298-5700
Facsimile:  (303) 296-5310

Tom M. Schaumberg
Ian A. Taronji
ADDUCI, MASTRIANI &
    SCHAUMBERG, L.L.P.
1200 Seventeenth Street, N.W.
Washington, D.C.  20036
Telephone:  (202) 467-6300
Facsimile:  (202) 466-2006

TPTI-II00029023