# Exhibit 14

# To The Declaration of Richard W. Krebs

PUBLIC VERSION

## UNITED STATES INTERNATIONAL TRADE COMMISSION
### Washington, D.C.

| | |
|---|---|
| **In the Matter of**<br><br>**CERTAIN SEMICONDUCTOR CHIPS WITH MINIMIZED CHIP PACKAGE SIZE AND PRODUCTS CONTAINING SAME (III)** | **Investigation No. 337-TA-630** |

## INITIAL DETERMINATION ON VIOLATION OF SECTION 337 AND RECOMMENDED DETERMINATION ON REMEDY AND BOND

Administrative Law Judge Theodore R. Essex

(August 28, 2009)

**Appearances:**

*For the Complainant Tessera, Inc.:*

Wayne M. Barsky, Esq., H. Mark Lyon, Esq., Denis R. Salmon, Esq., Frederick S. Chung, Esq., Y. Ernest Hsin, Esq., Michael B. Smith, Esq., Jason C. Lo, Esq., and Sarah E. Piepmeier, Esq. of Gibson, Dunn & Crutcher, LLP of Los Angeles, CA.

Benjamin W. Hattenbach, Esq., Elliot N. Brown, Esq., and Kenneth Weatherwax, Esq. of Irell & Manella, LLP of Los Angeles, CA.

J. Anthony Downs, Esq., Scott L. Robertson, Esq., Jennifer A. Albert, Esq., and David M. Young, Esq. of Goodwin Proctor, LLP of Washington, DC

F. David Foster, Esq., and Barbara A. Murphy, Esq., of Miller & Chevalier Chartered of Washington, DC

*For the Respondents Acer, Nanya and Powerchip:*

G. Hopkins Guy, III, Esq., Mark Wine, Esq., Denise M. Mingrone, Esq., Sanjeet K, Dutta, Esq., and Brian Vanderzanden, Esq. of Orrick, Herrington & Sutcliffe, LLP of Denver, CO.

Cynthia Al.ison, Lock, Esq., of Orrick Herrington & Sutcliffe, LLP of Irvine, CA.

**PUBLIC VERSION**

As set forth above, the ALJ has found that "top layer" means "an outer layer of the chip assembly upon which the terminals are fixed" and that the "top layer" is a single layer. The ALJ further defined "terminals" to mean "an endpoint for electrical and mechanical connection of the chip package to the outside." The evidence shows that the "endpoint for electrical and mechanical connection of the chip package to the outside" is the solder ball pads. (CX-06482C (Goosey DWS) at Qs. 113, 114, 170, 176, 177, 228, 230, 231, 272, 278, 283, 284, 328; CX-01085, 01087-01139, 01141-01146; RX-9C (Elenius DWS) at Q&A 299, 302, 325, 327, 341 and 344; Elenius, Tr. 2599:11-14); RX-6C (Sinnadurai RWS) at Qs. 25-27; Sinnadurai, Tr. 2288:1-4; Nanya bonding diagrams; Powerchip substrate drawings and bonding diagrams.) Respondents argue that the "terminals" are the solder balls rather the solder ball pads because the '106 Patent describes the terminals as "bumps." (RIB at 57.) Such a construction goes against the intrinsic evidence, which specifically demonstrates that the solder ball pads are the terminals:

> The assembly is placed on the substrate so that the central terminals 48 face toward the electrical contact pad 68 on the substrate, and so that each central terminal 48 is aligned with one contact pad 68. Masses of an electrically conductive bonding material 70 such as a solder or an electrically conducted adhesive may be disposed between the central terminals and the contact pads 68 thereby forming mechanical and electrical connections between the central terminals and the contact pads.

(CX-01033 (the '265 patent) at 12:3-17; CX-06482C at Q. 283.) Thus, the patent clearly distinguishes the terminals from the solder balls, which are the means of mechanically and electrically connecting the terminals to the outside. (*Id.* at 12:3-13, 12:25-32, Fig. 5; CX-01032 (the '265 patent) at 12:3-13; Fig. 5; Elenius, Tr. 2578:23-2579:2, 2582:18-22; Sinnadurai, Tr. 2256:13-2257:16, 2258:5-10.) The "endpoint for electrical and mechanical connection of the chip package to the outside" is the solder ball pads, not the solder balls themselves. Rather, the

**PUBLIC VERSION**

the Commission should also issue a cease and desist order directed toward the domestic respondents Acer, Centon, Kingston, Nanya, Elpida and SMART.   Furthermore, if the Commission imposes a remedy following a finding of violation, Respondents should be required to post a bond set at a reasonable royalty rate as determined by Tessera's license agreements during the Presidential review period.

Within seven days of the date of this document, each party shall submit to the office of the Administrative Law Judge a statement as to whether or not it seeks to have any portion of this document deleted from the public version. The parties' submissions must be made by hard copy by the aforementioned date.

Any party seeking to have any portion of this document deleted from the public version thereof must submit to this office a copy of this document with red brackets indicating any portion asserted to contain confidential business information by the aforementioned date. The parties' submission concerning the public version of this document need not be filed with the Commission Secretary.

**SO ORDERED.**

Theodore R. Essex
Administrative Law Judge

IN THE MATTER OF CERTAIN SEMICONDUCTOR CHIPS 337-TA-630
WITH MINIMIZED CHIP PACKAGE SIZE AND PRODUCTS
CONTAINING SAME (III)

### PUBLIC CERTIFICATE OF SERVICE

I, Marilyn R. Abbott, hereby certify that the attached **INITIAL DETERMINATION ON VIOLATION OF SECTION 337 AND RECOMMENDED DETERMINATION ON REMEDY AND BONDING** has been served by hand upon, the Commission Investigative Attorney, **Kecia J. Revnolds, Esq.,** and the following parties as indicated on September 25, 2009.

Marilyn R. Abbott, Secretary
U.S. International Trade Commission
500 E Street, S.W., Room 112A
Washington, DC   20436

**COMPLAINANT TESSERA, INC.**

Tom M. Schaumberg, Esq.   ( ) Via Hand Delivery
**ADDUCI, MASTRIANI, SCHAUMBERG, LLP** (X) Via Overnight Mail
1200 Seventeenth St.. NW   ( ) Via First Class Mail
Washington, DC 20036   ( ) Other: _____

**RESPONDENTS ACER, INC., ACER AMERICA CORPORATION, NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., AND POWERCHIP SEMICONDUCTOR CORPORATION**

G. Hopkins Guy., Esq.   ( ) Via Hand Delivery
**ORRICK, HERRINGTON & SUTCLIFFE, LLP** (X) Via Overnight Mail
1000 Marsh Road   ( ) Via First Class Mail
Menlo Park, CA 94025   ( ) Other:_____

**IN THE MATTER OF CERTAIN SEMICONDUCTOR CHIPS**        **337-TA-630**
**WITH MINIMIZED CHIP PACKAGE SIZE AND PRODUCTS**
**CONTAINING SAME (III)**

## CERTIFICATE OF SERVICE- PAGE 2

**RESPONDENTS ELPIDA MEMORY, INC. & ELPIDA MEMORY (USA) INC.**

Larry L. Shatzer, Esq.                          ( ) Via Hand Delivery
**FOLEY & LARDNER, LLP**                         (X) Via Overnight Mail
3000 K Street, N.W., Suite 500                   ( ) Via First Class Mail
Washington, DC 20007                             ( ) Other:_____

**RESPONDENTS ProMOS TECHNOLOGIES, INC.:**

ProMos Technologies, Inc.                        ( ) Via Hand Delivery
No.19, Li-Hsin Road                              (X) Via Overnight Mail
Hsinchu Science Park                             ( ) Via First Class Mail
Hsinchu, Taiwan 30078                            ( ) Other:_____

**RESPONDENT KINGSTON TECHNOLOGY CO., LTD.**

Alan I. Unikel, Esq..                            ( ) Via Hand Delivery
**SEYFARTH SHAW LLP**                            (X) Via Overnight Mail
131 South Dearborn Street, Ste. 2400             ( ) Via First Class Mail
Chicago, IL    60603                             ( ) Other:_____

**RESPONDENTS RAMAXEL TECHNOLOGY LTD.**

Brian R. Nester, Esq.                            ( ) Via Hand Delivery
**FISH & RICHARDSON P.C.**                        (X) Via Overnight Mail
1425 K Street, N.W., 11th Floor                  ( ) Via First Class Mail
Washington, DC   20005                           ( ) Other:_____

**RESPONDENT CENTON ELECTRONICS, INC.**

Joseph P. DiVincenzo, Esq.                       ( ) Via Hand Delivery
**REMER, DIVINCENZO & GRIFFITH**                  (X) Via Overnight Mail
2121 E. Pacific Coast Highway, Suite 280         ( ) Via First Class Mail
Corona Del Mar, CA 92625                         ( ) Other:_____

**IN THE MATTER OF CERTAIN SEMICONDUCTOR CHIPS**     **337-TA-630**
**WITH MINIMIZED CHIP PACKAGE SIZE AND PRODUCTS**
**CONTAINING SAME (III)**

## CERTIFICATE OF SERVICE- PAGE 3

**RESPONDENT SMART MODULAR TECHNOLOGIES, INC.**

Jonathan M. James, Esq.                    (  ) Via Hand Delivery
**PERKINS COIE BROWN & BAIN PA**           (✗) Via Overnight Mail
2901 N. Central Avenue, Suite 2000         (  ) Via First Class Mail
Phoenix, AR 85012-2788                     (  ) Other:_____

**IN THE MATTER OF CERTAIN SEMICONDUCTOR CHIPS**     **337-TA-630**
**WITH MINIMIZED CHIP PACKAGE SIZE AND PRODUCTS**
**CONTAINING SAME (III)**

## CERTIFICATE OF SERVICE- PAGE 4

**PUBLIC  MAILING  LIST**

Heather Hall                                       (    ) Via Hand Delivery
**LEXIS - NEXIS**                                  ( ✗) Via Overnight Mail
9443 Springboro Pike                              (    ) Via First Class Mail
Miamisburg, OH 45342                              (    ) Other:_____

Kenneth Clair                                      (   ) Via Hand Delivery
**THOMSON WEST**                                   (✗) Via Overnight Mail
1100 – 13th Street NW                            (   ) Via First Class Mail
Suite 200                                          (   ) Other:_____
Washington, DC 20005