# Exhibit 15

# To The Declaration of Richard W. Krebs

**PUBLIC VERSION**

UNITED STATES INT ERNATIONAL TRADE COMMISSION
Washington, D.C.

<table>
<tr><td>

**In the Matter of**

**CERTAIN SEMICONDUCTOR CHIPS WITH MINIMIZED CHIP PACKAGE SIZE AND PRODUCTS CONTAINING SAME**

</td><td>

**Investigation No. 337-TA-432**

</td></tr>
</table>

**INITIAL DETERMINATION**
Administrative Law Judge Sidney Harris

Pursuant to the Notice of Investigation, 65 Fed. Reg. 25758 (2000), this is the Administrative Law Judge's Initial Determination in the Matter of *Certain Semiconductor Chips with Minimized Package Size and Products Containing Same*, United States International Trade Commission Investigation No. 337-TA-429.  19 C.F.R. § 210.42(a).

The Administrative Law Judge hereby determines that a violation of section 337 of the Tariff Act of 1930, as amended, has been found in the importation into the United States, the sale for importation, or the sale within the United States after importation of certain semiconductor chips with minimized package size and products containing same by reason of infringement of claims 6 or 22 of U. S. Letters Patent 5,679,977 and claims 1, 3, or 11 of U.S. Letters Patent 5,852,326.

A sheetlike element is an element that is thin in comparison to its length and breadth. *See* Engelmaier Tr. 754. "Terminal" refers to an end point for connection of the package to the outside. *See* Engelmaier Tr. 745-746, 754-755. One of ordinary skill in the art would understand that the terminal itself could not be made of solder, because it would melt and lose its shape during solder reflow, which could break the electrical connection between the contact and the terminal. *Id.*

The phrase "terminals thereon" means that the terminals are "on or upon" the sheetlike element, in the sense that they are carried by the sheetlike element. Typically, terminals are glued or adhesively laminated to the sheetlike element. *See* Engelmaier Tr. 753-754.

d.      **"leads electrically connecting said terminals to said contacts"**

A person of ordinary skill in the art who has read the patents would understand a "lead" to be an electrically conductive piece of metal, typically thin and elongated (like wire and/or metallic trace) that connects two or more discrete points. Engelmaier Tr. 735, 756-757. The claim is clear that leads connect terminals to contacts. *See* CX-2/RX-1, claim 1.

Examples in the specification are consistent with the conclusion that a lead is typically a thin, elongated metal conductor. *See* CX-2/RX-1, col. 5, line15-17 (formed integrally with the terminals on the interposer or separately formed fine wire); col. 7, lines10-13 (fine wire); Figs. 2, 3, 4, 5A and 5B (label **50**) and col. 10, lines 45-57 (trace lead on substrate); Fig. 9 (label **50'**) and col. 15, lines 40-47 (wire bond lead); Figs. 13, 14 (labels **50** and **856**) and col. 18, lines 8-15, 33-41, and col. 20, lines 27-32 (composite leads); Fig. 15 (label **850'**) and col. 20, lines 52-54 (prefabricated trace leads); Fig. 16 (labels **8350, 8354** and **8374**), col. 22, lines 28-30, col. 23, lines 5-9 and col. 23, lines 13-15 (trace leads); Fig. 26 (labels **948** and **974**) and col. 30, lines 48-

Sharp's accused CSPs are "semiconductor assemblies." Properly construed, the claim preamble "semiconductor assemblies" refers to a chip package with the various elements recited in claim 1. The accused CSPs are chip packages that include a chip, a package substrate, and the other package components recited in claim 1. Engelmaier Tr. 849-853; CPX-48C; CPX-100C; CPX-101C; CX-37.

The accused CSPs include "a semiconductor chip having a plurality of surfaces and having contacts on at least one of said surfaces." This term refers to an ordinary integrated circuit (IC) chip. The accused CSPs each include a semiconductor chip, with contacts on one surface. Engelmaier Tr. 849-850; CPX-100C; CPX-101C; CX-37.

The accused CSPs include a "flexible sheetlike element having terminals thereon." Engelmaier Tr. 850. As discussed above in the section on claim construction, the term "sheetlike element," properly construed, refers to an element that is thin relative to its length and width. *See* Engelmaier Tr. 754. Sharp's CSPs include a polyimide package substrate, which is thin relative to its length and width. Engelmaier Tr. 850; CPX-100C; CPX-101C; CX-37 (Response to Request for Admission No. 128). It is thus a sheetlike element. *Id.* On the package substrate there are also terminals, sometimes referred to as "lands," to which solder balls are attached. Engelmaier Tr. 850-851; CPX-100C; CPX-101C; CX-37 (Response to Request for Admission No. 134. The polyimide package substrate is flexible prior to assembly, and adapted to deform to accommodate movement in the completed assembly, as discussed below. *See also* Engelmaier Tr. 850; CPX-100C; CPX-101C; CX-37 (Response to Request for Admission No. 130).

The accused CSPs include "flexible leads electrically connecting [the] terminals to [the] contacts." Engelmaier Tr. 851; CPX-100C; CPX-101C; CX-37. Each lead consists of a bonding

attorney. To expedite service of the public version, counsel are hereby ORDERED to serve on the Administrative Law Judge by no later than October 5, 2001, a copy of this ID with those sections considered by the party to be confidential bracketed in red, accompanied by a list indicating each page on which such a bracket is found.

Pursuant to 19 C.F.R. § 210.42(h), this ID shall become the determination of the Commission unless a party files a petition for review pursuant to § 210.43(a) or the Commission, pursuant to § 210.44, orders on its own motion a review of the ID or certain issues herein.

Sidney Harris
Administrative Law Judge

Issued: September 25, 2001

358

**CERTAIN SEMICONDUCTOR CHIPS**                    INV. NO. 337-TA-432
**WITH MINIMIZED CHIP PACKAGE**
**SIZE AND PRODUCTS CONTAINING**
**SAME**

<u>CERTIFICATE OF SERVICE</u>

      I, Donna R. Koehnke, hereby certify that the attached Initial Determination was served upon Benjamin D. M. Wood, Esq. and upon the following parties via first class mail, and air mail where necessary, on <u>  November 5  </u>, 2001.

Donna R. Koehnke, Secretary
U.S. International Trade Commission
500 E Street, S.W.
Washington, D.C.  20436

**FOR COMPLAINANT TESSERA, INC.:**

      Michael A. Ladra, Esq.
      James C. Otteson, Esq.
      Lisa G. McFall, Esq.
      Jonathan G. Chance, Esq.
      **Wilson Sonsini Goodrich & Rosati**
      650 Page Mill Road
      Palo Alto, California 94304-1050

      Thomas L. Jarvis, Esq.
      Stephen L. Peterson, Esq.
      Smith R. Brittingham, Esq.
      **Finnegan, Henderson, Farabow,**
        **Garrett & Dunner, LLP**
      1300 I Street, N.W.
      Washington, D.C.  20005-3315

CERTAIN  SEMICONDUCTOR CHIPS                INV. NO. 337-TA-432
WITH MINIMIZED CHIP PACKAGE
SIZE AND PRODUCTS CONTAINING
SAME

FOR RESPONDENTS SHARP CORPORATION, AND SHARP ELECTRONICS
CORPORATION:

    Ken-Ichi Hattori, Esq.
    Scott M. Daniels, Esq.
    **Armstrong, Westerman, Hattori,**
     **McLeland & Naughton**
    1725 K Street, N.W. - Ste. 1000
    Washington, D.C.  20006

    Michael A. O'Shea, Esq.
    Frank C. Cimino, Jr., Esq.
    George Kleinfeld, Esq.
    **Clifford Chance Rogers & Wells LLP**
    2001 K Street, N.W.
    Washington, D.C.  20006-1001

    John E. Kidd, Esq.
    **Clifford Chance Rogers & Wells LLP**
    200 Park Avenue
    New York, New York 10166-0153

PUBLIC MAILING LIST

Donna Wirt
LEXIS - NEXIS
1150 18th Street, NW
Suite 600
Washington, D.C.  20036

Ronnita Green
West Group
901 Fifteenth Street, NW
Suite 230
Washington, D.C.  20005

OFFICE OF THE SECRETARY



---

# UNITED STATES INTERNATIONAL TRADE COMMISSION

---

WASHINGTON, D.C. 20436

November 5, 2001

Joanne Stump, Chief
Intellectual Property Rights Branch
United States Customs Service
Ronald Reagan Building, 3rd Floor
1300 Pennsylvania Avenue, N.W.
Washington, D.C. 20229

Dear Ms. Stump:

A Commission administrative law judge has issued an initial determination ("ID") in Inv. No.337-TA-432, Certain Semiconductors Chips with Minimized Chip Package Size and Products Containing Same.

A copy of the ID will be provided to you upon request, and written comments may be filed thereon. If you would like to have a copy of the ID, please contact Marilyn R. Abbott, Deputy Secretary at (202) 205-1802.

If you have questions about the investigation, please telephone the Commission advisory attorney Michael Diehl, Esq., at (202) 205-3095.

Sincerely,

Donna  R. Koehnke
Secretary

OFFICE OF THE SECRETARY



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, D.C. 20436

November 5, 2001

Charles S. Stark, Esq.
U. S. Department of Justice
Antitrust Division
Pennsylvania Avenue & 10th Street, N.W.
Washington, D.C. 20530

Dear Mr. Stark:

A Commission administrative law judge has issued an initial determination ("ID") in Inv. No.337-TA-432, Certain Semiconductors Chips with Minimized Chip Package Size and Products Containing Same.

A copy of the ID will be provided to you upon request, and written comments may be filed thereon. If you would like to have a copy of the ID, please contact Marilyn Abbott, Deputy Secretary, at (202) 205-1802.

If you have questions about the investigation, please telephone the Commission advisory attorney Michael Diehl, Esq., at (202) 205-3095.

Sincerely,

Donna R. Koehnke
Secretary

OFFICE OF THE SECRETARY



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, D.C. 20436

November 5, 2001

Randy Tritell, Esq.
Director for Int'l Antitrust
Federal Trade Commission
Room 380
Pennsylvania Avenue & 6th Street, N.W.
Washington, D.C. 20580

Dear Mr. Tritell:

A Commission administrative law judge has issued an initial determination ("ID") in Inv. No.337-TA-432, Certain Semiconductors Chips with Minimized Chip Package Size and Products Containing Same.

A copy of the ID will be provided to you upon request, and written comments may be filed thereon. If you would like to have a copy of the ID, please contact Marilyn R. Abbott, Deputy Secretary, at (202) 205-1802.

If you have questions about the investigation, please telephone the Commission advisory attorney Michael Diehl, Esq., at (202) 205-3095.

Sincerely,

Donna R. Koehnke
Secretary

OFFICE OF THE SECRETARY



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, D.C. 20436

November 5, 2001

Richard Lambert, Esq.
Department of Health & Human Services
Office of General Counsel
National Institute of Health
Building 31, Room 2B50
9000 Rockville Pike
Bethesda, Maryland 20892-2111

Dear Mr. Lambert:

A Commission administrative law judge has issued an initial determination ("ID") in Inv. No.337-TA-432, Certain Semiconductors Chips with Minimized Chip Package Size and Products Containing Same.

A copy of the ID will be provided to you upon request, and written comments may be filed thereon. If you would like to have a copy of the ID, please contact Marilyn R. Abbott, Deputy Secretary, at (202) 205-1802.

If you have questions about the investigation, please telephone the Commission advisory attorney Michael Diehl, Esq., at (202) 205-3095.

Sincerely,

Donna R. Koehnke
Secretary