# Exhibit 39

# To The Declaration of Richard W. Krebs

## USPTO PATENT FULL-TEXT AND IMAGE DATABASE

| Home | Quick | Advanced | Pat Num | Help |

| Next List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(IN/khandros AND IN/igor)**: 194 patents.
*Hits **1** through **50** out of **194***

Next 50 Hits

Jump To

Refine Search    in/khandros and in/igor

| | PAT. NO. | Title |
|---|---|---|
| 1 | 9,227,200 | Microfluidic devices with flexible optically transparent electrodes |
| 2 | 9,030,222 | Sharpened, oriented contact tip structures |
| 3 | 8,513,969 | Apparatus and method of testing singulated dies |
| 4 | 8,485,418 | Method of wirebonding that utilizes a gas flow within a capillary from which a wire is played out |
| 5 | 8,373,428 | Probe card assembly and kit, and methods of making same |
| 6 | 8,324,725 | Stacked die module |
| 7 | 8,149,007 | Carbon nanotube spring contact structures with mechanical and electrical components |
| 8 | 8,033,838 | Microelectronic contact structure |
| 9 | 7,948,252 | Multilayered probe card |
| 10 | 7,920,989 | Remote test facility with wireless interface to local test facilities |
| 11 | 7,880,489 | Printing of redistribution traces on electronic component |
| 12 | 7,868,632 | Composite motion probing |
| 13 | 7,821,255 | Test system with wireless communications |
| 14 | 7,798,822 | Microelectronic contact structures |
| 15 | 7,733,106 | Apparatus and method of testing singulated dies |
| 16 | 7,731,503 | Carbon nanotube contact structures |
| 17 | 7,714,598 | Contact carriers (tiles) for populating larger substrates with spring contacts |

18 7,714,235  Lithographically defined microelectronic contact structures

19 7,701,243 **T** Electronic device testing using a probe tip having multiple contact features

20 7,688,090 **T** Wafer-level burn-in and test

21 7,675,311 **T** Wireless test system

22 7,616,016 **T** Probe card assembly and kit

23 7,613,591 **T** Remote test facility with wireless interface to local facilities

24 7,601,039 **T** Microelectronic contact structure and method of making same

25 7,579,856 **T** Probe structures with physically suspended electronic components

26 7,579,269 **T** Microelectronic spring contact elements

27 7,557,596 **T** Test assembly including a test die for testing a semiconductor product die

28 7,550,842 **T** Integrated circuit assembly

29 7,548,055 **T** Testing an electronic device using test data from a plurality of testers

30 7,534,654 **T** Socket for making with electronic component, particularly semiconductor device with spring packaging, for fixturing, testing, burning-in or operating such a component

31 7,479,792 **T** Methods for making plated through holes usable as interconnection wire or probe attachments

32 7,463,043 **T** Methods of probing an electronic device

33 7,400,157 **T** Composite wiring structure having a wiring block and an insulating layer with electrical connections to probes

34 7,352,196 **T** Probe card assembly and kit

35 7,347,702 **T** Contact carriers (tiles) for populating larger substrates with spring contacts

36 7,345,493 **T** Wafer-level burn-in and test

37 7,330,039 **T** Method for making a socket to perform testing on integrated circuits

38 7,291,910 **T** Semiconductor chip assemblies, methods of making same and components for same

39 7,271,481 **T** Microelectronic component and assembly having leads with offset portions

40 7,253,651 **T** Remote test facility with wireless interface to local test facilities

41 7,225,538 **T** Resilient contact structures formed and then attached to a substrate

42 7,218,127 **T** Method and apparatus for probing an electronic device in which movement of probes and/or the electronic device includes a lateral component

43 7,218,094 **T** Wireless test system

44 7,202,687 **T** Systems and methods for wireless semiconductor device testing

45 7,202,682 **T** Composite motion probing

46 7,202,677 **T** Socket for mating with electronic component, particularly semiconductor device with spring packaging, for fixturing, testing, burning-in or operating such a component

47 7,200,930 **T** Probe for semiconductor devices

48 7,198,969 **T** Semiconductor chip assemblies, methods of making same and components for same

49 7,196,531 **T** Method of manufacturing a probe card

50 7,168,162 **T** Method of manufacturing a probe card

Case 5:10-cv-04435-EJD     Document 405-42     Filed 01/21/16     Page 4 of 12

Next List     Top     View Cart

Home     Quick     Advanced     Pat Num     Help

## USPTO PATENT FULL-TEXT AND IMAGE DATABASE

[Home] [Quick] [Advanced] [Pat Num] [Help]

[Prev. List] [Next List] [Bottom] [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(IN/khandros AND IN/igor)**: 194 patents.
*Hits **51** through **100** out of **194***

[ Prev. 50 Hits ]

[ Next 50 Hits ]

[ Jump To ] [_____]

[ Refine Search ] | in/khandros and in/igor

| | PAT. NO. | Title |
|---|---|---|
| 51 | 7,142,000 | Mounting spring elements on semiconductor devices, and wafer-level testing methodology |
| 52 | 7,140,883 | Contact carriers (tiles) for populating larger substrates with spring contacts |
| 53 | 7,098,078 | Microelectronic component and assembly having leads with offset portions |
| 54 | 7,086,149 | Method of making a contact structure with a distinctly formed tip structure |
| 55 | 7,084,656 | Probe for semiconductor devices |
| 56 | 7,082,682 | Contact structures and methods for making same |
| 57 | 7,078,926 | Wafer-level burn-in and test |
| 58 | 7,073,254 | Method for mounting a plurality of spring contact elements |
| 59 | 7,064,566 | Probe card assembly and kit |
| 60 | 7,063,541 | Composite microelectronic spring structure and method for making same |
| 61 | 7,061,257 | Probe card assembly |
| 62 | 7,059,047 | Sockets for "springed" semiconductor devices |
| 63 | 7,024,763 | Methods for making plated through holes usable as interconnection wire or probe attachments |
| 64 | 7,005,751 | Layered microelectronic contact and method for fabricating same |
| 65 | 6,956,174 | Tip structures |

66  6,940,093  Special contact points for accessing internal circuitry of an integrated circuit
67  6,920,689  Method for making a socket to perform testing on integrated circuits
68  6,913,468  Methods of removably mounting electronic components to a circuit board, and sockets formed by the methods
69  6,888,229  Connection components with frangible leads and bus
70  6,864,105  Method of manufacturing a probe card
71  6,840,374  Apparatus and method for cleaning test probes
72  6,838,893  Probe card assembly
73  6,836,962  Method and apparatus for shaping spring elements
74  6,835,898  ELECTRICAL CONTACT STRUCTURES FORMED BY CONFIGURING A FLEXIBLE WIRE TO HAVE A SPRINGABLE SHAPE AND OVERCOATING THE WIRE WITH AT LEAST ONE LAYER OF A RESILIENT CONDUCTIVE MATERIAL, METHODS OF MOUNTING THE CONTACT STRUCTURES TO ELECTRONIC COMPONENTS, AND APPLICATIONS FOR EMPLOYING THE CONTACT STRUCTURES
75  6,825,422  Interconnection element with contact blade
76  6,825,052  Test assembly including a test die for testing a semiconductor product die
77  6,818,840  Method for manufacturing raised electrical contact pattern of controlled geometry
78  6,807,734  Microelectronic contact structures, and methods of making same
79  6,788,094  Wafer-level burn-in and test
80  6,778,406  Resilient contact structures for interconnecting electronic devices
81  6,759,311  Fan out of interconnect elements attached to semiconductor wafer
82  6,741,085  Contact carriers (tiles) for populating larger substrates with spring contacts
83  6,729,019  Method of manufacturing a probe card
84  6,727,580  Microelectronic spring contact elements
85  6,727,579  ELECTRICAL CONTACT STRUCTURES FORMED BY CONFIGURING A FLEXIBLE WIRE TO HAVE A SPRINGABLE SHAPE AND OVERCOATING THE WIRE WITH AT LEAST ONE LAYER OF A RESILIENT CONDUCTIVE MATERIAL, METHODS OF MOUNTING THE CONTACT STRUCTURES TO ELECTRONIC COMPONENTS, AND APPLICATIONS FOR EMPLOYING THE CONTACT STRUCTURES
86  6,701,612  Method and apparatus for shaping spring elements
87  6,690,185  Large contactor with multiple, aligned contactor units
88  6,669,489  Interposer, socket and assembly for socketing an electronic component and method of making and using same
89  6,664,628  Electronic component overlapping dice of unsingulated semiconductor wafer
90  6,655,023  Method and apparatus for burning-in semiconductor devices in wafer form
91  6,642,625  Sockets for "springed" semiconductor devices
92  6,624,648  Probe card assembly
93  6,621,260  Special contact points for accessing internal circuitry of an integrated circuit
94  6,615,485  Probe card assembly and kit, and methods of making same
95  6,603,324  Special contact points for accessing internal circuitry of an integrated circuit
96  6,597,187  Special contact points for accessing internal circuitry of an integrated circuit

97  6,551,844  Test assembly including a test die for testing a semiconductor product die

98  6,538,214  Method for manufacturing raised electrical contact pattern of controlled geometry

99  6,534,856  Sockets for "springed" semiconductor devices

100  6,525,555  Wafer-level burn-in and test

---

Prev. List    Next List    Top    View Cart

Home    Quick    Advanced    Pat Num    Help

## USPTO PATENT FULL-TEXT AND IMAGE DATABASE

[Home]  [Quick]  [Advanced]  [Pat Num]  [Help]

[Prev. List]  [Next List]  [Bottom]  [View Cart]

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(IN/khandros AND IN/igor)**: 194 patents.
*Hits **101** through **150** out of **194***

[ Prev. 50 Hits ]

[ Final 44 Hits ]

[ Jump To ]  [           ]

[ Refine Search ]  | in/khandros and in/igor |

| PAT. NO. | Title |
|---|---|
| 101 6,520,778 | Microelectronic contact structures, and methods of making same |
| 102 6,482,013 | Microelectronic spring contact element and electronic component having a plurality of spring contact elements |
| 103 6,476,333 | Raised contact structures (solder columns) |
| 104 6,475,822 | Method of making microelectronic contact structures |
| 105 6,465,893 | Stacked chip assembly |
| 106 6,456,099 | Special contact points for accessing internal circuitry of an integrated circuit |
| 107 6,442,831 | Method for shaping spring elements |
| 108 6,441,315 | Contact structures with blades having a wiping motion |
| 109 6,433,419 | Face-up semiconductor chip assemblies |
| 110 6,429,029 | Concurrent design and subsequent partitioning of product and test die |
| 111 6,392,306 | Semiconductor chip assembly with anisotropic conductive adhesive connections |
| 112 6,372,527 | Methods of making semiconductor chip assemblies |
| 113 6,359,236 | Mounting component with leads having polymeric strips |
| 114 6,336,269 | Method of fabricating an interconnection element |
| 115 6,330,164 | Interconnect assemblies and methods including ancillary electronic component connected in immediate proximity of semiconductor device |

116 6,307,161     Partially-overcoated elongate contact structures

117 6,279,227     Method of forming a resilient contact structure

118 6,274,823     Interconnection substrates with resilient contact structures on both sides

119 6,272,744     Semiconductor connection components and methods with releasable lead support

120 6,252,175     Electronic assembly comprising a substrate and a plurality of springable interconnection elements secured to terminals of the substrate

121 6,246,247     Probe card assembly and kit, and methods of using same

122 6,242,803     Semiconductor devices with integral contact structures

123 6,232,149     Sockets for "springed" semiconductor devices

124 6,215,670     Method for manufacturing raised electrical contact pattern of controlled geometry

125 6,215,196     Electronic component with terminals and spring contact elements extending from areas which are remote from the terminals

126 6,184,587     Resilient contact structures, electronic interconnection component, and method of mounting resilient contact structures to electronic components

127 6,184,053     Method of making microelectronic spring contact elements

128 6,168,974     Process of mounting spring contacts to semiconductor devices

129 6,133,627     Semiconductor chip package with center contacts

130 6,110,823     Method of modifying the thickness of a plating on a member by creating a temperature gradient on the member, applications for employing such a method, and structures resulting from such a method

131 6,064,213     Wafer-level burn-in and test

132 6,054,756     Connection components with frangible leads and bus

133 6,050,829     Making discrete power connections to a space transformer of a probe card assembly

134 6,049,976     Method of mounting free-standing resilient electrical contact structures to electronic components

135 6,043,563     Electronic components with terminals and spring contact elements extending from areas which are remote from the terminals

136 6,033,935     Sockets for "springed" semiconductor devices

137 6,032,356     Wafer-level test and burn-in, and semiconductor process

138 6,029,344     Composite interconnection element for microelectronic components, and method of making same

139 6,023,103     Chip-scale carrier for semiconductor devices including mounted spring contacts

140 5,998,864     Stacking semiconductor devices, particularly memory chips

141 5,998,228     Method of testing semiconductor

142 5,994,152     Fabricating interconnects and tips using sacrificial substrates

143 5,983,493     Method of temporarily, then permanently, connecting to a semiconductor device

144 5,977,618     Semiconductor connection components and methods with releasable lead support

145 5,974,662     Method of planarizing tips of probe elements of a probe card assembly

146 5,950,304     Methods of making semiconductor chip assemblies

147 5,926,951     Method of stacking electronic components

148 5,917,707     Flexible contact structure with an electrically conductive shell

149 5,915,752  Method of making connections to a semiconductor chip assembly

150 5,912,046 Method and apparatus for applying a layer of flowable coating material to a surface of an electronic component

---

**Prev. List**   **Next List**   **Top**   **View Cart**

**Home**   **Quick**   **Advanced**   **Pat Num**   **Help**

## USPTO PATENT FULL-TEXT AND IMAGE DATABASE

| Home | Quick | Advanced | Pat Num | Help |
| Prev. List | Bottom | View Cart |

*Searching US Patent Collection...*

**Results of Search in US Patent Collection db for:**
**(IN/khandros AND IN/igor)**: 194 patents.
*Hits **151** through **194** out of **194***

Prev. 50 Hits

Jump To [          ]

Refine Search [in/khandros and in/igor                    ]

| PAT. NO. | Title |
| --- | --- |
| 151 5,900,738 | Contact structure device for interconnections, interposer, semiconductor assembly and package using the same and method |
| 152 5,897,326 | Method of exercising semiconductor devices |
| 153 5,884,398 | Mounting spring elements on semiconductor devices |
| 154 5,878,486 | Method of burning-in semiconductor devices |
| 155 5,864,946 | Method of making contact tip structures |
| 156 5,852,871 | Method of making raised contacts on electronic components |
| 157 5,852,326 | Face-up semiconductor chip assembly |
| 158 5,848,467 | Methods of making semiconductor chip assemblies |
| 159 5,832,601 | Method of making temporary connections between electronic components |
| 160 5,829,128 | Method of mounting resilient contact structures to semiconductor devices |
| 161 5,820,014 | Solder preforms |
| 162 5,806,181 | Contact carriers (tiles) for populating larger substrates with spring contacts |
| 163 5,787,581 | Methods of making semiconductor connection components with releasable load support |
| 164 5,772,451 | Sockets for electronic components and methods of connecting to electronic components |
| 165 5,685,885 | Wafer-scale techniques for fabrication of semiconductor chip assemblies |
| 166 5,682,061 | Component for connecting a semiconductor chip to a substrate |
| 167 5,679,977 | |

Semiconductor chip assemblies, methods of making same and components for same

168 5,640,761 Method of making multi-layer circuit

169 5,583,321 Multi-layer circuit construction methods and structures with customization features and components for use therein

170 5,570,504 Multi-Layer circuit construction method and structure

171 5,558,928 Multi-layer circuit structures, methods of making same and components for use therein

172 5,536,909 Semiconductor connection components and methods with releasable lead support

173 5,525,545 Semiconductor chip assemblies and components with pressure contact

174 5,489,749 Semiconductor connection components and method with releasable lead support

175 5,476,211 Method of manufacturing electrical contacts, using a sacrificial member

176 5,414,298 Semiconductor chip assemblies and components with pressure contact

177 5,390,844 Semiconductor inner lead bonding tool

178 5,367,764 Method of making a multi-layer circuit assembly

179 5,347,159 Semiconductor chip assemblies with face-up mounting and rear-surface connection to substrate

180 5,346,861 Semiconductor chip assemblies and methods of making same

181 5,282,312 Multi-layer circuit construction methods with customization features

182 5,258,330 Semiconductor chip assemblies with fan-in leads

183 5,198,189 Liquid metal matrix thermal paste

184 5,192,618 Corrosion protection by FeMn by ion implantation

185 5,173,256 Liquid metal matrix thermal paste

186 5,148,266 Semiconductor chip assemblies having interposer and flexible lead

187 5,148,265 Semiconductor chip assemblies with fan-in leads

188 5,134,038 Thin film magnetic recording medium with controlled grain morphology and topology

189 5,086,558 Direct attachment of semiconductor chips to a substrate with a substrate with a thermoplastic interposer

190 5,062,896 Solder/polymer composite paste and method

191 4,536,232 Erosion and corrosion resistant cast iron alloy containing chromium, nickel and molybdenum

192 4,424,853 Foundry practices

193 4,377,196 Method of centrifugally casting a metal tube

194 4,357,394 Centrifugal casting

