REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Filed Under Seal

# Exhibit 55

# To The Declaration of Richard W. Krebs