IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Joseph M. Lipner (155735) (jlipner@irell.com)
Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Richard W. Krebs (278701) (rkrebs@irell.com)
Dominik Slusarczyk (287084) (dslusarczyk@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:    (310) 277-1010
Facsimile:    (310) 203-7199

*Attorneys for Plaintiff Tessera, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | ) Case No. 10-cv-04435-EJD |
| | ) |
| Plaintiff, | ) **DECLARATION OF HARRY J.** |
| | ) **GWINNELL IN SUPPORT OF TESSERA** |
| vs. | ) **INC.'S OPPOSITION AND CROSS** |
| | ) **MOTION FOR SUMMARY JUDGMENT** |
| UTAC (TAIWAN) CORPORATION, | ) |
| | ) Hon. Edward J. Davila |
| Defendant. | ) |
| | ) Date:   February 18, 2016 |
| | ) Time:   9:00a.m. |
| | ) Courtroom:  4 – 5th Floor |

I declare as follows:

1.    I have been retained by Irell & Manella LLP, on behalf of Tessera Inc., as an independent expert in this case.

2.    I make this Declaration in support of Tessera Inc.'s Opposition and Cross Motion for Summary Judgment.  I make this Declaration based on my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

3.    Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Harry J. Gwinnell, dated May 22, 2015.  Attached hereto as Exhibit B is a copy of my deposition in this case.  Together, these exhibits set forth my opinions in this case to date and the grounds for those opinions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on January *19*, 2016 at *Reston, Virginia* .

_____
Harry J. Gwinnell

DECLARATION OF HARRY J. GWINNELL IN SUPPORT
OF TESSERA INC.'S OPPOSITION AND CROSS MOTION
FOR SUMMARY JUDGMENT
Case No. 10-4435-EJD