REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Filed Under Seal

# Exhibit B

# To The Declaration of Harry J. Gwinnell