IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Joseph M. Lipner (155735) (jlipner@irell.com)
Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Richard W. Krebs (278701) (rkrebs@irell.com)
Dominik Slusarczyk (287084) (dslusarczyk@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:    (310) 277-1010
Facsimile:    (310) 203-7199

*Attorneys for Plaintiff Tessera, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | Case No. 10-cv-04435-EJD |
| Plaintiff, | **DECLARATION OF CHRISTIAN TREGILLIS IN SUPPORT OF TESSERA INC.'S OPPOSITION AND CROSS MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| UTAC (TAIWAN) CORPORATION, | |
| Defendant. | Hon. Edward J. Davila |
| | Date:   February 18, 2016 |
| | Time:   9:00a.m. |
| | Courtroom:  4 – 5th Floor |

I declare as follows:

1.    I have been retained by Irell & Manella LLP, on behalf of Tessera Inc., as an independent expert in this case.

2.    I make this Declaration in support of Tessera Inc.'s Opposition and Cross Motion for Summary Judgment.  I make this Declaration based on my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

3.    Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Christian Tregillis, CPA, ABV, CFF, CLP, dated May 22, 2015.  Attached hereto as Exhibit B is a copy of the transcript of my deposition in this case.  Together, these exhibits set forth my opinions in this case to date and the grounds for those opinions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on January 19, 2016 at _Los Angeles, California_ .

_____
Christian Tregillis

DECLARATION OF CHRISTIAN TREGILLIS IN
SUPPORT OF TESSERA INC.'S OPPOSITION AND
CROSS MOTION FOR SUMMARY JUDGMENT
Case No. 10-4435-EJD