IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Joseph M. Lipner (155735) (jlipner@irell.com)
Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Dominik Slusarczyk (287084) (dslusarczyk@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:    (310) 203-7199

Attorneys for Plaintiff Tessera, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | ) Case No. 10-cv-04435-EJD |
| | ) |
| Plaintiff, | ) **DECLARATION OF JOHN C. BRAVMAN** |
| | ) **IN SUPPORT OF TESSERA INC.'S** |
| vs. | ) **OPPOSITION AND CROSS MOTION** |
| | ) **FOR SUMMARY JUDGMENT** |
| UTAC (TAIWAN) CORPORATION, | ) |
| | ) Hon. Edward J. Davila |
| Defendant. | ) |
| | ) Date:   February 18, 2016 |
| _____ | ) Time:   9:00a.m. |
| | Courtroom:  4 – 5th Floor |

I declare as follows:

1.      I have been retained by Irell & Manella LLP, on behalf of Tessera Inc., as an independent expert in this case.

2.      I make this Declaration in support of Tessera Inc.'s Opposition and Cross Motion for Summary Judgment.  I make this Declaration based on my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

3.      Attached hereto as Exhibits A and B, respectively, are true and correct copies of the Expert Report of John C. Bravman, dated May 22, 2015, and the Rebuttal Expert Report of John C. Bravman, dated June 15, 2015.  Attached hereto as Exhibits C and D, respectively, are copies of day one and day two of my deposition in this case.  Together, these exhibits set forth my opinions in this case to date and the grounds for those opinions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on January 18, 2016 at Lewisburg, Pennsylvania.

_____
John C. Bravman

DECLARATION OF JOHN C. BRAVMAN IN SUPPORT OF TESSERA INC.'S OPPOSITION AND CROSS MOTION FOR SUMMARY JUDGMENT
Case No. 10-4435-EJD

- 1 -