REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Filed Under Seal

# Exhibit C

# To The Declaration of John C. Bravman