IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Joseph M. Lipner (155735) (jlipner@irell.com)
Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Richard W. Krebs (278701) (rkrebs@irell.com)
Dominik Slusarczyk (287084) (dslusarczyk@irell.com)
Jackson S. Trugman (295145) (jtrugman@gmail.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:    (310) 277-1010
Facsimile:    (310) 203-7199

*Attorneys for Plaintiff Tessera, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., | Case No. 10-04435-EJD (HRL) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING TESSERA, INC.'S CROSS MOTION FOR SUMMARY JUDGMENT AND DENYING UTAC (TAIWAN) CORPORATION'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| UTAC (TAIWAN) CORP., | |
| Defendant. | Hon. Edward J. Davila |
| | Date:   February 18, 2016 |
| | Time:   9:00a.m. |
| | Courtroom:  4 – 5th Floor |

6625999

On January 7, 2016, Defendant UTAC (Taiwan) Corporation ("UTC") filed a Motion for Summary Judgment.

On January 21, 2016, Plaintiff Tessera, Inc. ("Tessera") filed a an Opposition and Cross Motion for Summary Judgment.

Having considered the papers filed in support of the parties' motions, IT IS HEREBY ORDERED THAT:

Tessera's Cross Motion for Summary Judgment is GRANTED.

UTC's Motion for Summary Judgment is DENIED.

Dated: this __ day of _____, 20__

                               Hon. Edward J. Davila
                               United States District Judge

6625999