IRELL & MANELLA LLP
Morgan Chu (70446) (mchu@irell.com)
Joseph M. Lipner (155735) (jlipner@irell.com)
Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Richard W. Krebs (278701) (rkrebs@irell.com)
Dominik Slusarczyk (287084) (dslusarczyk@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:    (310) 203-7199

*Attorneys for Plaintiff Tessera, Inc.*

KING & SPALDING LLP
Michael F. Heafey (153499) (mheafey@kslaw.com)
601 South California Avenue
Palo Alto, California 94304
Telephone:   (650) 422-6719
Facsimile:    (650) 422-6800

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Lawrence B. Friedman (*Pro Hac Vice*) (lfriedman@cgsh.com)
David H. Herrington (*Pro Hac Vice*) (dherrington@cgsh.com)
One Liberty Plaza
New York, New York 10006
Telephone:   (212) 225-2000
Facsimile:    (212) 225-3999

*Attorneys for Defendant UTAC (Taiwan) Corporation*

**IT IS SO ORDERED**
*Judge Edward J. Davila*
6/17/2016

All other pending matters are TERMINATED and VACATED. The Clerk shall close this file.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TESSERA, INC., <br><br> Plaintiff, <br><br> v. <br><br> UTAC (TAIWAN) CORP., <br><br> Defendant. | Case No. 5:10-cv-04435-EJD <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Judge: Hon. Edward J. Davila |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

8686059

STIPULATION OF DISMISSAL WITH PREJUDICE
5:10-cv-04435-EJD

1     IT IS HEREBY STIPULATED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between Plaintiff and Counter-Defendant Tessera, Inc. and Defendant and Counter-Claimant UTAC (Taiwan) Corporation, through their counsel of record, that this action, including all claims, counterclaims, and defenses asserted therein, shall be and hereby is DISMISSED WITH PREJUDICE. Each party shall bear its own attorneys' fees and costs.

    IT IS SO STIPULATED.

Dated: June 16, 2016            IRELL & MANELLA LLP

By:     /s/ Joseph M. Lipner
       Joseph M. Lipner

*Attorneys for Plaintiff Tessera, Inc.*

Dated: June 16, 2016            KING & SPALDING LLP

By:     /s/ Michael F. Heafey
       Michael F. Heafey

*Attorneys for Defendant UTAC (Taiwan) Corporation*

Dated: June 16, 2016            CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:     /s/ David H. Herrington
       David H. Herrington

*Attorneys for Defendant UTAC (Taiwan) Corporation*

**CERTIFICATION PURSUANT TO LOCAL RULE 5-1**

Pursuant to Local Rule 5-1, I, Joseph M. Lipner, attest that the above signatories have concurred and consented to the filing of this document.

Dated:  June 16, 2016                              /s/ Joseph M. Lipner
                                                                Joseph M. Lipner